# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDUCATION MANAGEMENT SERVICES, LLC, | § § § | CIVIL ACTION NO.   5:15-cv-00719 |
| *Plaintiff,* | § § | [Removed from the 285th Judicial District Court of Bexar County, Texas] |
| v. | § § | |
| KEITH YACKEY, | § § | **JURY DEMANDED** |
| *Defendant.* | § § | |

## DECLARATION OF CLINT A. CORRIE

I, Clint A. Corrie, hereby declare as follows:

1.      "My name is Clint A. Corrie. I am over the age of twenty-one (21) years, of sound mind, have never been convicted of a felony or of a crime involving moral turpitude, and am fully competent to testify to the matters herein stated. The statements and facts contained within this Affidavit are within my personal knowledge and are true and correct.

2.      I am an attorney licensed by the Texas Supreme Court to practice law in the State of Texas since 1983, and a partner with AKERMAN LLP.  I have practiced in the State of Texas in the areas of civil trial law both in state and federal courts since 1983.  I am admitted to practice before the U.S. District Courts for the Northern, Southern, Eastern and Western Districts of Texas, as well as the U.S. Fifth Circuit Court of Appeals.  Since receiving my Texas license in 1983, I have practiced throughout Northern, Southern, Eastern and Western Texas in the state and federal courts.

3.      I am one of the attorneys of record for Keith Yackey ("Yackey"), Defendant in the above-entitled and numbered action (the "Lawsuit"), and am familiar with the facts,

circumstances, pleadings and briefing in this case and with the experience levels of the attorneys and legal assistants rendering services in this case for Yackey.

4.      I am also familiar with the usual and customary rates charged by similarly qualified attorneys practicing in the State of Texas and in the U.S. District Court for the Western District of Texas, San Antonio Division and the qualifications and rates charged by legal staff for the types of legal services involved to prosecute the type of claims involved in this case.

5.      In a case of this nature, an hourly rate for attorneys' fees can reasonably be expected to be at least $400.  My conservative rate in the case as an attorney with thirty (30) years' experience is $450 per hour; my associate, Mr. Hodge's rate in this case, an associate with six (6) years' experience is $310 per hour.  I believe both rates are reasonable rates in this case and before the respective state and federal courts in Texas.

6.      I am familiar with the costs involved in taking or defending any out-of-state deposition.  Defending an out-of-state deposition of a non-party deponent in a case of this nature takes a full day of time just of travel time and five (5) to six (6) hours of preparation time.  Hotel costs in Las Vegas, Nevada, would likely range between $150-$250 for such a deposition, and transportation costs—including flight and rental car—would likely reach at least another $600-$700.  The round-trip flight on Southwest Airlines for the Jessica Marquez deposition I attended cost $1,000.  The party noticing the depositions would also be required to pay court reporting fees, which, with transcript fees would likely reach at least $1,000.  The party defending the deposition will incur at least $500 in copy and video charges.  These are conservative estimates.

7.      Hearings in this case have been conducted in state court in San Antonio, Texas, on three days' notice.  Each time there is a hearing or a discovery issue, it costs one (1) attorney

$420 to fly round-trip from San Antonio to Dallas. The Plaintiff has noticed fourteen (14) hearings in this case to date.

8.     An in-state deposition of a witness in a case of this nature in San Antonio would likely take at least six hours of travel and preparation time. The party noticing the depositions would also be required to pay court reporting fees, which, with transcript fees would normally reach at least $1,000. These are conservative estimates.

9.     In this case, the time spent by a Defendant's attorney in responding to an order to show cause, filing an amended complaint, requesting and having summons issued to a defendant, opposing a motion to dismiss for collateral estoppel, negotiating a protective order and scheduling order in the state court; drafting and serving requests for disclosure, two sets of interrogatories, and six sets of requests for production, issuing non-party subpoenas, and moving to compel discovery responses, including a reasonable time spent briefing and arguing any such motions, plus related ancillary activities, can be reasonably estimated to add up to at least sixty (60) hours of attorney time.

10.     As of June 30, 2015, Defendant's billed attorneys' fees total to the case in an amount in excess of $65,000. Plaintiff has reasonably incurred at least as much. Because of frequent hearings in San Antonio, Mr. Yackey has additionally incurred fees to retain Mr. Scott Noel's firm, Plunkett & Griesenbeck, Inc., for local representation.

11.     The costs incurred to date do not involve the costs of preparing for or briefing a special appearance hearing. A trial in a case of this nature is likely to take at least four (4) days. Such a trial would involve at bare minimum four-five (4-5) eight-hour days of trial preparation, plus three (3) twelve-hour trial days and a nine-hour day on post-trial motions or briefing. These are conservative estimates and do not include any pre-trial motions or briefing.

12.     Attached as **Exhibit A-1** to this Declaration is a true and correct copy of excerpts from the transcript of the Oral and Videotaped Deposition of Keith Yackey, taken on June 2, 2015.

13.     Attached as **Exhibit A-2** to this Declaration is a true and correct copy of excerpts from the transcript of the Videotaped Deposition of Jessica Marquez, taken on July 17, 2015.

14.     Attached as **Exhibit A-3** to this Declaration is a true and correct copy of (1) Plaintiff's Request for Disclosure to Defendant; (2) Plaintiff's First Set of Interrogatories to Defendant; (3) Plaintiff's Second Set of Interrogatories to Defendant; (4) Plaintiff's First Request for Production to Defendant; (5) Plaintiff's Second Request for Production to Defendant; (6) Plaintiff's Third Request for Production to Defendant; (7) Plaintiff's Fourth Request for Production to Defendant; (8) Plaintiff's Fifth Request for Production to Defendant; and (9) Plaintiff's Sixth Request for Production to Defendant.

15.     Attached as **Exhibit A-4** to this Declaration are true and correct copies of Plaintiff's three Notices of Intention to Take Deposition by Written Questions sent to GoDaddy.com and Web.com.

16.     Attached as **Exhibit A-5** to this Declaration is a true and correct copy of Plaintiff's Second Supplemental Original Petition, filed July 30, 2015, in *Education Management Services, LLC v. Keith Yackey*, cause number 2014-CI-15278, in the 285th Judicial District Court, Bexar County, Texas."

All statements made in this declaration are made under the penalties of perjury pursuant to 28 U.S.C. §1746.

Dated this 22nd day of August, 2015.

_____
Clint A. Corrie

# EXHIBIT A-1

1                  CAUSE NO. 2014CI15278

2   EDUCATION MANAGEMENT SERVICES,)   IN THE DISTRICT COURT
     LLC,                     )

3                       )
              Plaintiff,   )

4                       )
        vs.            )  285TH JUDICIAL DISTRICT

5                       )
     KEITH   YACKEY,           )

6                       )
             Defendant.   )  BEXAR COUNTY, TEXAS

7   _____)

8

9             ORAL AND VIDEOTAPED DEPOSITION

10                  KEITH YACKEY

11                  JUNE 2, 2015

12

13

14

15

16      ORAL DEPOSITION OF KEITH YACKEY, produced as a

17 witness at the instance of the Henry B. Gonzalez, and

18 duly sworn, was taken in the above-styled and numbered

19 cause on the June 2, 2015, from 11:26 to 4:17, before

20 Julie C. Filiberti, CCR in and for the State of Nevada,

21 reported by machine shorthand, at the offices of

22 Ackerman, LLP 1160 Town Center Drive, Suite 330,

23 Las Vegas, Nevada 89144, pursuant to the Texas Rules of

24 Civil Procedure and the provisions stated on the record.

25

Keith Yackey

1                   A P P E A R A N C E S

2

3   FOR THE PLAINTIFF:
        Mr. Henry B. Gonzalez, III
4       GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.
        613 N.W. Loop 410, Suite 800
5       San Antonio, Texas 78216
        210-569-8500
6       hbg@gcaklaw.com

7

8   FOR THE DEFENDANT:
        Mr. Christopher M. Hodge
        AKERMAN, LLP
9       2001 Ross Avenue, Suite 2550
        Dallas, Texas 75201
10      214-720-4300
        christopher.hodge@akerman.com

11

12  ALSO PRESENT:
        Ms. Dawn Beck
13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                              INDEX

 2   Appearances.......................................   2

 3   Keith Yackey
          Examination by Mr. Gonzalez...................   5
 4

 5

 6   Signature and Changes.................................

 7   Reporter's Certificate................................

 8                             EXHIBITS

 9   NO.    DESCRIPTION                              PAGE

10   Exhibit 1.......................................   61
          Contractor Agreement
11   Exhibit 2.......................................   72
          Notice of Waiver of the Arbitration Clause
12   Exhibit 3.......................................   79
          Notice of Removal
13   Exhibit 4.......................................   82
          Defendant's Motion to Dismiss Plaintiff's
14        Complaint
     Exhibit 5.......................................   83
15        Defendant Erik Slaikeu's Motion to Compel
          Arbitration and to Stay Case Pending
16        Arbitration
     Exhibit 6.......................................   85
17        Defendant's Motion to Compel Arbitration
          and to Stay Case Pending Arbitration
18   Exhibit 7.......................................   86
          Notice of Waiver of the Arbitration Clause
19   Exhibit 8.......................................   89
          Notice of Waiver of the Arbitration Clause
20   Exhibit 9.......................................   93
          Defendants' Motion and Brief in Support to
21        Vacate Order of Dismissal, Reinstate Case
          and Consolidate with other Cases for
22        Discovery
     Exhibit 10......................................   97
23        Defendant's Motion and Brief in Support to
          Vacate Order of Dismissal, Reinstate Case
24        and Consolidate with other Cases for
          Discovery
25
```

1    Exhibit 11..................................... 98
         Website
2    Exhibit 12..................................... 129
         Defendant, Keith Yackey's Response to
3        Plaintiff's Request for Disclosure, Subject
         to His Special Appearance
4    Exhibit 13..................................... 138
         Defendant Keith Yackey's Special Appearance
5    Exhibit 14..................................... 141
         Plaintiff's First Amended Complaint

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              THE VIDEOGRAPHER:  Good morning.  This is the

2    beginning of Digital Media No. 1 at the deposition of Keith

3    Yackey.  Today's date is June 2nd, 2015.  The time is

4    11:26 a.m.  We are located at 1160 Town Center Drive, Suite

5    330 in Las Vegas, Nevada.  This case is entitled Education

6    Management Services, LLC versus Keith Yackey.  The case

7    number is 2014CI15278 and in District Court, Bexar County,

8    Texas.  My name is Dawn Beck, legal videographer representing

9    DepoTexas Deposition Services.  Your court reporter is

10   Julie Filiberti.  Will counsel please state your appearance

11   for the record and who you represent.

12              MR. GONZALEZ:  Counsel for the plaintiff, Henry

13   Gonzalez accompanied with the client himself.

14              MR. CORBETT:  In-house attorney for plaintiff,

15   Nathaniel Corbett.

16              MR. HODGE:  And for the defendant, Chris Hodge.

17              THE VIDEOGRAPHER:  Will the court reporter

18   please administer the oath.

19   Whereupon,

20                     KEITH YACKEY,

21   having been first duly sworn to testify to the truth,

22   the whole truth and nothing but the truth was examined

23   and testified as follows:

24   / / /

25   / / /

1      A.    I think I understood everything you said, yes.

2      Q.    Okay.  Great.  All right.  Well, we're going to go

3  ahead and recess the deposition subject to the hearing and the

4  possible, you know, hearing on any objections or assertions of

5  not privileged but instructions not to answer; but otherwise,

6  we're done for today?

7              MR. HODGE:  All right.  And we will reserve.

8              THE VIDEOGRAPHER:  This concludes the video

9  recorded deposition of Keith Yackey taken on June 2nd, 2015.

10  It consists of three digital media disks.  We're going off

11  record, and the time is 4:17 p.m.

12              (Deposition concluded at 4:17 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Keith Yackey

174

1        CAUSE NO. 2014CI15278

2   EDUCATION MANAGEMENT SERVICES,)   IN THE DISTRICT COURT
    LLC,                          )
3                                 )
                                  )
4                   Plaintiff,    )
                                  )
        vs.                       )   285TH JUDICIAL DISTRICT
5                                 )
    KEITH   YACKEY,               )
6                                 )
                    Defendants. )   BEXAR COUNTY, TEXAS
7   _____)

8

9            REPORTER'S CERTIFICATION
             DEPOSITION OF KEITH YACKEY

10                 June 2, 2015

11          I, Julie C. Filiberti, Certified Shorthand

12   Reporter in and for the State of Nevada, hereby certify

13   to the following:

14          That the witness, KEITH YACKEY, was duly sworn

15   by the officer and that the transcript of the oral

16   deposition is a true record of the testimony given by

17   the witness;

18          That the deposition transcript was submitted

19   on _June 19, 2015_, to the witness or to the

20   attorney for the witness for examination, signature and

21   return to me by _July 9, 2015;_

22          That the amount of time used by each party at

23   the deposition is as follows:

24          Mr. Henry B. Gonzalez, III - 04:56

25          That pursuant to information given to the

DepoTexas, Inc.

1    deposition officer at the time said testimony was taken,

2    the following includes counsel for all parties of

3    record:

4    FOR THE PLAINTIFF:

5        Mr. Henry B. Gonzalez, III
         GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.

6        613 N.W. Loop 410, Suite 800
         San Antonio, Texas 78216

7        210-569-8500

8    FOR THE DEFENDANT:
         Mr. Christopher M. Hodge

9        AKERMAN, LLP
         2001 Ross Avenue, Suite 2550

10       Dallas, Texas 75201
         214-720-4300

11

              I further certify that I am neither counsel

12   for, related to, nor employed by any of the parties or

13   attorneys in the action in which this proceeding was

14   taken, and further that I am not financially or

15   otherwise interested in the outcome of the action.

16            Further certification requirements pursuant to

17   Rule 203 of TRCP will be certified to after they have

18   occurred.

19
              Certified to by me this _16_ day of

20   _JUNE_____, _2015___.

21            _Julie C. Filiberti_

22       Julie C. Filiberti, CCR 718
         DepoTexas – Firm Registration No. 95

23       Sunbelt Reporting – Firm Registration No. 300
         13101 Northwest Freeway, Suite 210

24       Houston, Texas 77040
         281-469-5580

25

Keith Yackey

176

1   FURTHER CERTIFICATION UNDER RULE 203 TRCP

2   The ~~original~~ copy deposition/(signature page) (was)/was

3   not returned to the deposition officer on

4   _July 13, 2015_ ;

5   If returned, the attached Changes and

6   Signature page contains any changes and the reasons

7   therefor;

8   If returned, the original deposition was

9   delivered to _Henry B. Gonzalez, III_, Custodial Attorney;

10  That $_1326.65_ is the deposition officer's

11  charges to the Plaintiff for preparing the original

12  deposition transcript and any copies of exhibits;

13  That the deposition was delivered in

14  accordance with Rule 203.3, and that a copy of this

15  certificate was served on all parties shown herein on

16  _July 15, 2015_ and filed with the Clerk.

17  Certified to by me this _14th_ day of

18  _July_ , _2015_ .

19

20  _Julie C. Filiberti_

21  Julie C. Filiberti, CCR 718
    DepoTexas - Firm Registration No. 95

22  Sunbelt Reporting - Firm Registration No. 300
    13101 Northwest Freeway, Suite 210

23  Houston, Texas 77040
    281-469-5580

24

25

DepoTexas, Inc.

Keith Yackey

172

## CHANGES AND SIGNATURE

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 14 | 14-15 | REPLACE WITH "I DON'T REMEMBER HAVING MUCH TIME" | CLARIFICATION |
| 20 | 15-16 | REPLACE "SEDIMENT" WITH "SENTIMENT" | TYPO |
| 45 | 20 | REPLACE WITH "NO, PRIVATE MONEY PRO, LLC OWNS GetPOF.com" | CORRECTION |
| 110 | 10 | REPLACE "YEAH, I GUESS" WITH "YEAH, I GUESS SHE BENEFITS FINANCIALLY. I DON'T BENEFIT FINANCIALLY." | CLARIFICATION |
| 131 | 3 | REPLACE WITH "SHE WOULD HAVE KNOWLEDGE OF MY TRAVEL TO TEXAS. I'M NOT SURE ABOUT DOING BUSINESS IN TEXAS BECAUSE I'M NOT A LAWYER." | CLARIFICATION |
| 133 | 20 | REPLACE WITH "I DON'T KNOW. I DON'T KNOW THE LEGAL SIGNIFICANCE OF THE DOCUMENTS." | CLARIFICATION |
| 135 | 10-11 | AFTER "I MEAN I GUESS," ADD "I'M NOT AN ATTORNEY, I DON'T KNOW." | CLARIFICATION |

173

1        I, KEITH YACKEY, have read the foregoing

2    deposition and hereby affix my signature that same is

3    true and correct, except as noted above.

4

5

6

7

8                                   KEITH YACKEY

9

10   THE STATE OF _Nevada_ )

11   COUNTY OF _Clark_ )

12        Before me, _Christopher Kuh_, on this

13   day personally appeared KEITH YACKEY, known to me

14   (or proved to me under oath or through (_NV DL_

15   (description of identity card or other document) to be

16   the person whose name is subscribed to the foregoing

17   instrument and acknowledged to me that they executed the

18   same for the purposes and consideration therein

19   expressed.

20        Given under my hand and seal of office this

21   _13th_ day of _July_, 2015.

22

23

24                        NOTARY PUBLIC IN AND FOR

                                      THE STATE OF _Nevada_

25                                      MY COMMISSION EXPIRES

                                        April 22, 2017

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
CHRISTOPHER KUH
No. 11-7711-1
My Appointment Expires April 22, 2017

# EXHIBIT A-2

1                         Cause No. 2014CI15278

2

3

4    EDUCATION MANAGEMENT SERVICES, LLC,)   IN THE DISTRICT COURT
                                        )
5                                       )   285th JUDICIAL DISTRICT
     v.                                 )
6                                       )    BEXAR COUNTY, TEXAS
                                        )
7    KEITH YACKEY                       )
     _____)
8

9

10

11        VIDEOTAPED DEPOSITION OF JESSICA MARQUEZ, VOLUME I

12

13

14                    Taken at the Law Offices of
                           Reisman Sorokac
15                    8965 South Eastern Avenue
                              Suite 382
16                    Las Vegas, Nevada 89123

17

18

19                    On Friday, July 17, 2015
                          At 9:21 a.m.
20

21

22

23

24

25   Reported by:  Sarah M. Winn-Boddie, CCR No. 868

Jessica Marquez                                                                                    2

```
 1    APPEARANCES:

 2        For the Plaintiff:           HENRY B. GONZALEZ, III, ESQ.
                                       Gonzalez Chiscano Angulo &
 3                                       Kasson
                                       613 NW Loop 410
 4                                     Suite 800
                                       San Antonio, TX 78216
 5                                     (210) 569-8500

 6                                     AND

 7                                     NATHAN CORBETT, ESQ.
                                       13700 Veterans Memorial
 8                                       Drive
                                       Suite 102
 9                                     Houston, TX 77018
                                       (210) 526-0950
10
          For the Deponent:           JOSHUA H. REISMAN, ESQ.
11                                     Reisman Sorokac
                                       8965 South Eastern Avenue
12                                     Suite 382
                                       Las Vegas, NV 89123
13                                     (702) 727-6258

14        For Plaintiff and Counterdefendant Real Estate Training
          International, LLC and Counterdefendant Armando Montelongo
15        (In the California case):
                                       KIMBERLY D. HOWATT, ESQ.
16                                     Gordon & Rees
                                       101 West Broadway
17                                     Suite 1600
                                       San Diego, CA 92101
18                                     (619) 696-6700

19        For Defendants and Counterclaimant Nick Vertucci Companies
          and Nick Vertucci (In the California Case):
20
                                       MADISON S. SPACH, JR., ESQ.
21                                     Spach, Capaldi & Waggaman,
                                         LLP
22                                     4675 MacArthur Court
                                       Suite 550
23                                     Newport Beach, CA 92660
                                       (949) 852-0710
24

25
```

Jessica Marquez                                                                 3

```
 1    APPEARANCES (CONTINUED):


 2

      For Defendants Nick Vertucci, Nick Vertucci Companies (In
 3    the California Case) and Defendant Keith Yackey (In the
      Texas Case):
 4                                  CLINT A. CORRIE, ESQ.
                                    Akerman LLP
 5                                  2001 Ross Avenue
                                    Suite 2550
 6                                  Dallas, TX 75201
                                    (214) 720-4300
 7
      Also Present:                 Geoffrey Klimas, Sr.,
 8                                    Videographer
                                    Keith Yackey
 9

10                                  -oOo-

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          I N D E X

 2    WITNESS                                    PAGE

 3      JESSICA MARQUEZ

 4    Examination by Mr. Gonzalez                  12

 5

 6

 7

 8    EXHIBITS                                   MARKED

 9      1        Sample Proof of Funds Letter      68

10      2        Sample Bank Statement             70

11      3        Joint Request for Foreign Deposition
                 Subpoena                         103
12
        4        Plaintiff/Counterdefendants' Amended
13               Notice of Deposition of Jessica Marquez  105

14      5        7/17/15 Letter and Responses to Requests 105

15      6        GetPOF.com Website Screenshots    151

16      7        KeithYackey.com Website Screenshots  192

17      11       KeithYackey.com Website Screenshots  173

18      12       Web.com Registration Document     191

19

20               (Exhibits 8 through 10 not marked.)

21

22

23

24

25
```

Jessica Marquez

5

```
 1                    FRIDAY, JULY 17, 2015; LAS VEGAS, NEVADA

 2                              9:21 a.m.

 3                                -oOo-

 4            MR. GONZALEZ:  Henny Gonzalez for Plaintiff,

 5    Education Management Services, LLC.  We've got a couple of

 6    agreements to put on the record.

 7            One of the agreements is that for the hearing set

 8    for Monday, all matters set for Monday, we're agreeing to have

 9    those moved to Wednesday so the parties can continue to confer

10    on the proposed Rule 11 agreement and whatever other issues

11    are set for Monday.

12            Is that correct, Mr. Corrie?

13            MR. CORRIE:  Yes.

14            MR. GONZALEZ:  Okay.  So we'll get those moved by

15    agreement.

16            The other agreement concerns this deposition.  In

17    order to accommodate the witness and for ease of the parties,

18    instead of taking Ms. Marquez's deposition more than

19    necessary, we're agreeing that this deposition is going to be

20    used both in the Texas cases, all the Texas cases and the

21    current California litigation, and that is why Ms. Howatt is

22    participating here as well.

23            There is a pending special appearance that has been

24    filed by Mr. Yackey and we have agreed that there is

25    absolutely no waiver of the special appearance by
```

1          MR. SPACH:  Madison Spach, S-p-a-c-h, for the

2    defendants and counterclaimants in the California District

3    Court litigation, Nick Vertucci Companies and Nick Vertucci.

4          MR. REISMAN:  Josh Reisman on behalf of nonparty

5    witness Jesse Marquez.

6          THE VIDEOGRAPHER:  The witness may now be sworn in.

7    Whereupon,

8
                          JESSICA MARQUEZ,
9
     having been first duly sworn to testify to the truth, the
10
     whole truth, and nothing but the truth, was examined and
11
     testified as follows:
12

13                           EXAMINATION

14   BY MR. GONZALEZ:

15       Q.   Good morning.  Could you please state your full name

16   for the record?

17       A.   Jessica Marquez.

18       Q.   Ms. Marquez, my name is Henry Gonzalez and I

19   represent a party in several lawsuits in Texas.  We're here to

20   take your deposition in those cases as well as a case that's

21   pending in California, and one of the cases in Texas involves

22   a defendant by the name of Keith Yackey.

23          Do you understand that?

24       A.   Yes.

25       Q.   Okay.  Have you ever given a deposition before?

```
 1    BY MR. GONZALEZ:

 2        Q.   All right.  We've had an opportunity to take a break

 3    to switch tapes.  And again, if you want to take any breaks,

 4    you just tell us, all right?

 5        A.   Yes.

 6        Q.   You ready to continue?

 7        A.   Yep.

 8        Q.   Anything about your prior testimony that you need to

 9    modify or correct?  You know, sometimes people take a break

10    and they're like, Oh, my gosh, should have said this.

11        A.   I don't think so.

12        Q.   Okay.  That's fine.  And you'll have a chance to

13    review your transcript but I just want to give you that

14    opportunity.

15            Okay.  So how many websites operate under Private

16    Money Pro, LLC?

17        A.   Can you repeat that again?

18        Q.   Sure.  How many websites operate under the business

19    Private Money Pro, LLC?

20        A.   So there's that one, Private Money Process,

21    GetPOF.com, and KeithYackey.com.

22        Q.   All right.  And how much revenue has been generated

23    by those websites since they started?

24        A.   Maybe 200.

25            MR. CORRIE:  Objection.  Jurisdiction.
```

Jessica Marquez

```
 1    BY MR. GONZALEZ:
 2         Q.   Okay.  $200,000?
 3         A.   Yeah.
 4         Q.   Is that a yes?
 5         A.   Yes.  Sorry.
 6         Q.   And sitting here today as the sole owner of this
 7    company, you're not sure whether any taxes have been paid on
 8    that 200,000?
 9         A.   I'm unsure.
10         Q.   Okay.  Other than paying for the contract services
11    of the gentleman in Oregon, do you -- what other expenses do
12    you have?
13         A.   That's it.
14         Q.   Okay.  You don't pay your --
15              MR. CORRIE:  You mean the company?
16              MR. GONZALEZ:  The company.
17              THE WITNESS:  That's it.
18    BY MR. GONZALEZ:
19         Q.   That's it.
20              And I think you testified earlier that the revenue
21    generated basically goes right back into the company.
22         A.   Right.
23         Q.   So what kind of -- what kind of things do you have
24    to buy for the company to keep it going?
25         A.   We just started advertising.
```

Jessica Marquez

1    Services, 100 Northeast Loop 410, Suite 540, San Antonio,

2    Texas 78216.   The time is approximately 5:27 p.m.   We are now

3    off the record.

4              (The deposition concluded at 5:27 p.m.)

5                          -oOo-

**Skandier, Brenda (LAA-Dal)**

| | |
|---|---|
| **From:** | Corrie, Clint (Ptnr-Dal) |
| **Sent:** | Wednesday, August 19, 2015 11:03 PM |
| **To:** | Skandier, Brenda (LAA-Dal) |
| **Subject:** | RE: DON'T FORGET TO APPROVE THE CHROME RIVER INVOICE PAYMENT REQUESTS (THE ONES YOU SIGNED) |

I have approved but I will tell you I am less interested from an urgency standpoint of getting Depo Texas's expemnses approved than I am at getting my reimbursements. This needs to be a very high priority. I cannot afford to carry al the travel expenses on these cases and I refuse to go into personal savings to pay bills for this travel. Please immediately get my reimbursements process and get them submitted so I can approve. this will be a serious problem if this is not at the top of your list of things to do.

**From:** Skandier, Brenda (LAA-Dal)
**Sent:** Tuesday, August 18, 2015 8:35 AM
**To:** Corrie, Clint (Ptnr-Dal)
**Subject:** DON'T FORGET TO APPROVE THE CHROME RIVER INVOICE PAYMENT REQUESTS (THE ONES YOU SIGNED)

**Brenda Skandier**
Legal Administrative Assistant, Litigation Practice Group
Akerman LLP | 2001 Ross Avenue | Suite 2550 | Dallas, TX 75201
Dir: 214.720.4333 | Main: 214.720.4300 | Fax: 214.981.9339
brenda.skandier@akerman.com

1

# EXHIBIT A-3

CAUSE NO. 2014-CI-15278

| | | |
|---|---|---|
| EDUCATION MANAGEMENT | § | IN THE DISTRICT COURT |
| SERVICES, LLC | § | |
| | § | |
| v. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| KEITH YACKEY | § | BEXAR COUNTY, TEXAS |

## PLAINTIFF'S REQUEST FOR DISCLOSURE TO DEFENDANT

TO:    KEITH YACKEY, Defendant
       By and through his attorney of record:
       Clint A. Corrie
       Akerman LLP
       2001 Ross Avenue, Suite 2550
       Dallas, Texas 75201

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, you are hereby requested to

disclose, within thirty (30) days of service of this request, the information or material described

in Rule 194.2(a)-(l), as set forth:

    (a)    the correct names of the parties to the lawsuit;
    (b)    the name, address, and telephone number of any potential parties;
    (c)    the legal theories and, in general, the factual basis of your claims;
    (d)    the amount and any method of calculating economic damages;
    (e)    the name, address and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;
    (f)    for any testifying expert:
        (1)    the expert's name, address and telephone number;
        (2)    the subject matter on which the expert will testify;
        (3)    the general substance of the expert's mental impressions and opinions and a brief summary of the basis of them, or if the expert is not retained by, employed, or otherwise subject to your control, documents reflecting such information;
        (4)    if the expert is retained, employed by or otherwise subject to your control:
            (A)    all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony;
            (B)    the expert's current resume and bibliography;
    (g)    any discoverable indemnity and insuring agreements;
    (h)    any discoverable settlement agreements;
    (i)    any discoverable witness statements;
    (j)    in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related

to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

(k)     in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party; and

(l)     the name, address, and telephone number of any person who may be designated as a responsible third party,

## II.

In accordance with Texas Rule of Civil Procedure 194.3, please serve written responses within thirty (30) days after service of this request.

## III.

In compliance with Rule 194.4 of the Texas Rules of Civil Procedure, please produce responsive documents to the offices of Gonzalez, Chiscano, Angulo & Kasson, P.C., 613 N.W. Loop 410, Suite 800, San Antonio, Texas 78216.

Respectfully submitted,

**GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.**
613 NW Loop 410, Suite 800
Telephone No. 210/569-8500
Telecopier No. 210/569-8490

By: _____
        HENRY B. GONZALEZ III
        State Bar No. 00794952
        JEFFRIE D. BOYSEN
        State Bar No. 24071785
ATTORNEYS FOR PLAINTIFF,
EDUCATION MANAGEMENT SERVICES, LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of April, 2015, a true and correct copy of the foregoing was forwarded by facsimile transmission and/or regular mail and/or certified mail, return receipt requested, and/or hand-delivery to the following:

Clint A. Corrie
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Facsimile: (214) 981-9339

Andrew Moon
Nathan Corbett
2935 Thousand Oaks Drive, #6-285
San Antonio, TX 78247
Facsimile: (210) 568-4493

Jeffrie D. Boysen

3

Cause No. <u>2014CI15278</u>

| | | |
|---|---|---|
| EDUCATION MANAGEMENT<br>SERVICES, LLC | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | 285TH JUDICIAL DISTRICT |
| KEITH YACKEY | § | BEXAR COUNTY, TEXAS |

## <u>PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT</u>

TO:   KEITH YACKEY, Defendant
      By and through his attorney of record:
      Clint A. Corrie
      Akerman LLP
      2001 Ross Avenue, Suite 2550
      Dallas, Texas 75201

In accordance with Texas Rule of Civil Procedure 197, Education Management Services,

LLC serves the following Interrogatories and requests that serves a written response to the address

provided below within 30 days of service.

Respectfully submitted,

**GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.**
613 N.W. Loop 410, Suite 800
San Antonio, Texas 78216
Telephone No. 210/569-8500
Telecopier No. 210/569-8490

By: _____
      HENRY B. GONZALEZ III
      State Bar No. 00794952
      Email: hbg@gcaklaw.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of May, 2015, a true and correct copy of the foregoing was forwarded by facsimile; and/or regular mail; and/or certified mail, return receipt requested; and/or e-mail transmission; and/or electronic filing service to the following:

Clint A. Corrie
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Clint.corrie@akerman.com
Facsimile 214/981.9339

Andrew Moon
Nathan Corbett
2935 Thousand Oaks Drive, #6-285
San Antonio, TX 78247
210/568-4493 – fax
andym@teamarmando.com
nathanc@teamarmando.com

HENRY B. GONZALEZ III
ATTORNEYS FOR PLAINTIFF

## INSTRUCTIONS

1.      These Interrogatories are continuing in nature and, pursuant to the Texas Rules of Civil Procedure, require further and supplemental responses by You as and whenever You acquire, make or discover additional or different information demonstrating that a response given was incorrect or incomplete when made or that the response made is no longer true and complete.

2.      To the extent that You believe that any of the Interrogatories are objectionable, answer so much of each Interrogatory as is, in Your view, not objectionable and separately state the portion of each Interrogatory to which You object and the grounds for Your objection.

3.      Unless otherwise indicated, all words are to be given their broadest meaning consistent with ordinary usage.

4.      To describe a statement means to give the date, the method of communicating the statement (i.e., email, in-person conversation, telephone conversation, etc.), and the substance of the statement.

5.      When referring to a person, to "identify" means to give, to the extent known, the person's full name, present or last known address, and present or least known telephone number, and last known place of employment (if a natural person). Once a person has been identified in accordance with his subparagraph, only the name of that person need be listed in response to subsequent discovery requesting identification of that person.

6.      When referring to documents, "to identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s), and recipient(s).

7.      Unless otherwise stated, the time period for the Interrogatories shall be July 1, 2011 to the present.

## DEFINITIONS

As used herein, unless otherwise indicated:

1.      "You" and "Your" refer to the party upon which these Interrogatories are served, as indicated on page 1, and each of its employees, agents, and representatives.

2.      "Person(s)" means any individual, public or private corporation, firm, partnership, joint venture, incorporated or unincorporated association, organization, proprietorship, trust,

estate, governmental agency, commission, bureau, or department, or any other business or legal entity.

3.      "Product(s) and/or Service(s)" refers to any tangible item that is manufactured for sale or any intangible activity performed by one Person for another Person. This includes but is not limited to real estate education materials, events, seminars, symposiums and bus tours.

4.      "Customer(s) refers to any Person who has purchased a Product and/or Service offered by another Person.

5.      "Lead(s)" refers to any Person who has been marketed to, to purchase a Product and/or Service offered by another Person.

6.      "Concerning" means, in whole or in part, referring to, relating to, pertaining to, constituting, demonstrating, evidencing, describing, identifying, mentioning, containing, embodying, evaluating, reflecting, discussing, supporting, analyzing, stating, or in any way dealing with, including without limitation documents that relate to the preparation or another document, or documents that are attached to or enclosed with another document.

7.      "Refer to" or "relate to" or any derivative thereof means constituting, describing, summarizing, reflecting, involving, containing, embodying, mentioning, showing, comprising, evidencing, discussing, commenting about, referring to, or logically or factually connecting with the matter described in the applicable discovery request.

8.      "Customer Information" refers to information including the name, address, and phone number of any Person who has purchased a Product or Service offered by another Person.

9.      "Lead Generation Processes" refers to the manner in which Leads are generated.

10.     "Armando Montelongo Companies" refers to all affiliates of Armando Montelongo Companies including but not limited to Education Management Services, LLC, Real Estate Training International, LLC, Lead Generation and Marketing, LLC and Performance Advantage Group, Inc. and their employees, agents and representatives.

11.     "Document(s)" shall have the same meaning as the phrase "documents and tangible things" in Texas Rule of Civil Procedure 192.3(b) and shall include, without limitation, the original and each and every non-identical copy, whether different from the original because of marginal notes or other material inserted therein or attached thereto or otherwise, drafts and both sides thereof, of any written, recorded or graphic matter, however produced or reproduced, of any kind or description, whether sent or received or neither, including all records kept by electronic, photographic or mechanical means and things similar to any of the foregoing, however denominated. "Document(s)" means writings if any kind, and includes any and all written, printed,

typed, transcribed, electronic, digitized, electromagnetic, graphic, recorded, and visually or orally reproduced material or media of any kind, whether or not privileged. "Document(s)" includes but it not limited to correspondence, e-mail, memoranda, business records, telephone records, notations, diaries, calendars, appointment schedules, minutes, notes, summaries, transcripts of testimony, contracts,  agreements, orders, receipts, invoices, bills, pictures, drawings, sketches, designs, papers, books, notebooks, advertising and commercial literature, articles, newspapers, press releases, cables, telexes, telegrams, recordings, lists, charts, summaries, exhibits, appendices, outlines, logs, journals, work papers, statements, reports, studies, ledgers, worksheets, financial and/or accounting records, canceled checks, catalogues, electronic data compilations, microfilms, tapes, video, diskettes, drives, computer programs, computer hard drive information, and any other form of documented or recorded information.

    12.    "Agreement" means any meeting of the minds or understanding between two parties whether or not the agreement constitutes a legal obligation or contract.

    13.    "Independent Contractor(s)" refers to any Person that agrees to provide Products and/or Services for another Person according to his own processes and methods, and who is not subject to the other's control, except for what is specified in an Agreement.

05-22-'15 15:46 FROM- GCAK                210-569-8490          T-750  P0007/0014 F-746

## INTERROGATORIES

### INTERROGATORY NO. 1:

Please identify your job related duties and responsibilities for Education Management Services, LLC.

**Answer:**

### INTERROGATORY NO. 2:

Please identify any skills and/or training you had obtained before and during your employment with Education Management Services, LLC.

**Answer:**

### INTERROGATORY NO. 3:

Please identify any and all cities other than San Antonio, Texas where you travelled to perform work related duties and responsibilities for Education Management Services, LLC.

**Answer:**

### INTERROGATORY NO. 4:

Please identify all persons within your department while employed with Education Management Services, LLC.

**Answer:**

### INTERROGATORY NO. 5:

Please describe in detail the duties you performed while working at Plaintiff's "Bus Tour" events.

**Answer:**

### INTERROGATORY NO. 6:

Please describe in detail the duties you performed while working at Plaintiff's seminar events.

**Answer:**

### INTERROGATORY NO. 7:

Please provide a comprehensive list of any and all persons with whom you worked while

employed with Plaintiff that you have had any form of communication with since your termination in September of 2013. For each, please list the person's name, date of communication, and the details of each communication.

**Answer:**

**INTERROGATORY NO. 8:**

        Please provide a comprehensive list of your employment history and contractor history since September of 2013. For each, please list the company's name, dates of employment, job title, duties, and responsibilities, and whether you were an employee or contractor.

**Answer:**

**INTERROGATORY NO. 9:**

        Please identify any former customers of Plaintiff's that you have been in contact with since your separation with Plaintiff's company.

**Answer:**

**INTERROGATORY NO. 10:**

        Please detail any and all employment training you have received from September 13, 2013 to present. For each please provide the details of the training, from whom it was received, and the approximate dates of training.

**Answer:**

05-22-'15 15:45 FROM- GCAK          210-569-8490          T-750  P0001/0014 F-746



**GONZALEZ CHISCANO ANGULO & KASSON, PC**

613 NW Loop 410, Suite 800, San Antonio, TX 78216
Tel: 210-569-8500    Fax: 210-569-8490
www.gcaklaw.com

Henry B. Gonzalez III
Steve Alfonso Chiscano
David S. Angulo
Richard J. Kasson

Henry B. Gonzalez III
Direct Tel 210-569-8489
hbg@gcaklaw.com

## FACSIMILE COVER PAGE

DATE:      MAY 22, 2015

TO:        CLINT A. CORRIE              FACSIMILE: 214/981-9339

           ANDREW MOON                  FACSIMILE: 210/568-4493
           NATHAN CORBETT

*COURTESY*   JEFF CAWDREY                FACSIMILE: 213/680-4470
*COPY TO:*   KIMBERLY HOWATT

FROM:      HENRY B. GONZALEZ III

RE:        CAUSE NO. 2014-CI-15278; EDUCATION MANAGEMENT SERVICES, LLC VS.
           KEITH YACKEY; 285TH JUDICIAL DISTRICT, BEXAR COUNTY, TEXAS

Enclosed are the following:

1.    Plaintiff's First Request for Production to Defendant; and
2.    Plaintiff's First Set of Interrogatories to Defendant

NUMBER OF PAGES INCLUDING COVER PAGE:    14

ORIGINAL TO FOLLOW:       NO

IF YOU HAVE ANY QUESTIONS REGARDING THIS TRANSMISSION, PLEASE CALL
210/569-8500.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND PLEASE RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

Cause No. <u>2014CI15278</u>

| | | |
|---|---|---|
| EDUCATION MANAGEMENT SERVICES, LLC | § § § | IN THE DISTRICT COURT |
| v. | § § § | 285TH JUDICIAL DISTRICT |
| KEITH YACKEY | § | BEXAR COUNTY, TEXAS |

## <u>PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANT</u>

TO:   KEITH YACKEY, Defendant
By and through his attorney of record:
Clint A. Corrie
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201

In accordance with Texas Rule of Civil Procedure 197, Education Management Services,

LLC serves the following Interrogatories and requests that serves a written response to the address

provided below within 30 days of service.

Respectfully submitted,

GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.
613 N.W. Loop 410, Suite 800
San Antonio, Texas 78216
Telephone No. 210/569-8500
Telecopier No. 210/569-8490

By: _____
HENRY B. GONZALEZ III
State Bar No. 00794952
Email: hbg@gcaklaw.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20TH day of July, 2015, a true and correct copy of the foregoing was forwarded by facsimile; and/or regular mail; and/or certified mail, return receipt requested; and/or e-mail transmission; and/or electronic filing service to the following:

Clint A. Corrie
clint.corrie@akerman.com
Christopher M. Hodge
christopher.hodge@akerman.com
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
FACSIMILE 214/981-9339

Scott M. Noel
snoel@pg-law.com
C.J. Cilfone
CJCilfone@pg-law.com
Plunkett & Griesenbeck, Inc.
Catholic Life Building
1635 N.E. Loop 410, Suite 900
San Antonio, Texas 78209
FACSIMILE 210-734-0379

Andrew Moon
andym@teamarmando.com
Nathan Corbet
nathanc@teamarmando.com
2935 Thousand Oaks Drive, #6-285
San Antonio, TX 78247
FACSIMILE 210/568-4493

HENRY B. GONZALEZ III
ATTORNEYS FOR PLAINTIFF

## INSTRUCTIONS

1.     These Interrogatories are continuing in nature and, pursuant to the Texas Rules of Civil Procedure, require further and supplemental responses by You as and whenever You acquire, make or discover additional or different information demonstrating that a response given was incorrect or incomplete when made or that the response made is no longer true and complete.

2.     To the extent that You believe that any of the Interrogatories are objectionable, answer so much of each Interrogatory as is, in Your view, not objectionable and separately state the portion of each Interrogatory to which You object and the grounds for Your objection.

3.     Unless otherwise indicated, all words are to be given their broadest meaning consistent with ordinary usage.

4.     To describe a statement means to give the date, the method of communicating the statement (i.e., email, in-person conversation, telephone conversation, etc.), and the substance of the statement.

5.     When referring to a person, to "identify" means to give, to the extent known, the person's full name, present or last known address, and present or least known telephone number, and last known place of employment (if a natural person). Once a person has been identified in accordance with his subparagraph, only the name of that person need be listed in response to subsequent discovery requesting identification of that person.

6.     When referring to documents, "to identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s), and recipient(s).

7.     Unless otherwise stated, the time period for the Interrogatories shall be July 1, 2011 to the present.

## INTERROGATORIES

**INTERROGATORY NO. 1:**   Please state, with specificity, why you contend the following clause in the January 22, 2013 Contractor Agreement is not enforceable and/or does not subject you to personal jurisdiction before the Court in which this action is pending:

> "The federal and state courts sitting in San Antonio, Texas shall be the exclusive courts in which venue for any suit relating to the terms, conditions, interpretation, or enforcement of this Agreement shall lay."

**Response:**



**GCAK**
GONZALEZ CHISCANO ANGULO & KASSON, PC

613 NW Loop 410, Suite 800, San Antonio, TX 78216
Tel: 210-569-8500    Fax: 210-569-8490
www.gcaklaw.com

Henry B. Gonzalez III
Steve Alfonso Chiscano
David S. Angulo
Richard J. Kasson

Henry B. Gonzalez III
Direct Tel 210 569 8429
hbg@gcaklaw.com

## FACSIMILE AND/OR EMAIL COVER PAGE

**DATE:** JULY 20, 2015

**TO:** CLINT A. CORRIE
CHRISTOPHER M. HODGE
FACSIMILE: 214/981-9339

SCOTT M. NOEL
C. J. CILFONE
FACSIMILE: 210/734-0379

ANDREW MOON
NATHAN CORBETT
FACSIMILE: 210/568-4493

DAVID MEEK
FACSIMILE: 407/843-6610

MICHAEL J. O'CONNOR
FACSIMILE: 210/614-6401

**FROM:** HENRY B. GONZALEZ III

**RE:** CAUSE NO. 2014CI04088; EDUCATION MANAGEMENT SERVICES, LLC VS.
KEITH YACKEY; 285TH JUDICIAL DISTRICT, BEXAR COUNTY, TEXAS

---

Enclosed please find Plaintiff's Second Set of Interrogatories to Defendant (Yackey)

---

NUMBER OF PAGES INCLUDING COVER PAGE:    5

ORIGINAL TO FOLLOW:         NO

IF YOU HAVE ANY QUESTIONS REGARDING THIS TRANSMISSION, PLEASE CALL 210/569-8500.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND PLEASE RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

Cause No.  2014CI15278

| | | |
|---|---|---|
| EDUCATION MANAGEMENT | § | IN THE DISTRICT COURT |
| SERVICES, LLC | § | |
| | § | |
| v. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| KEITH YACKEY | § | BEXAR COUNTY, TEXA |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
## TO DEFENDANT

TO:    KEITH YACKEY, Defendant
        By and through his attorney of record:
        Clint A. Corrie
        Akerman LLP
        2001 Ross Avenue, Suite 2550
        Dallas, Texas 75201

        Pursuant to Rule 196 et. seq. of the Texas Rules of Civil Procedure, you are hereby instructed to answer fully and completely the Requests For Production hereinafter propounded; make a written response, sign under oath, and deliver your answers and/or documents to Plaintiff, within 30 days after service of this  Request  For Production.  These requests are continuing and require supplementary answers if you or your attorney obtain further information between the time you give your answers and the time of the trial of this cause.

                                Respectfully submitted,

                                GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.
                                613 N.W. Loop 410, Suite 800
                                San Antonio, Texas 78216
                                Telephone No. 210/569-8500
                                Telecopier No. 210/569-8490

                                By: _____
                                    HENRY B. GONZALEZ III
                                    State Bar No. 00794952
                                    Email: hbg@gcaklaw.com
                                ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of May, 2015, a true and correct copy of the foregoing was forwarded by facsimile; and/or regular mail; and/or certified mail, return receipt requested; and/or e-mail transmission; and/or electronic filing service to the following:

Clint A. Corrie
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Clint.corrie@akerman.com
Facsimile 214/981.9339

Andrew Moon
Nathan Corbett
2935 Thousand Oaks Drive, #6-285
San Antonio, TX 78247
210/568-4493 – fax
andym@teamarmando.com
nathanc@teamarmando.com

HENRY B. GONZALEZ III
ATTORNEYS FOR PLAINTIFF

2

The following definitions and instructions shall apply:

1.    As used herein, the term "you or your" shall refer to KEITH YACKEY and/or their agents, attorneys, representatives, employees, or any other natural persons, or business or legal entities, acting or purporting to act for or on behalf of KEITH YACKEY.

2.    The term "possession, custody or control" of an item means that the person either has physical possession of the item or has a right to possession of the item that is equal or superior to the person who has physical possession of the item in accordance with Rule 192.7(b) Texas Rules of Civil Procedure.

3.    The term "you" also includes businesses that you own and or operate, including but not limited to, keithyackey.com, Private Money Process, Private Money Pro, the Private Money Pro, GetPOF.com.

4.    The term "document" shall mean all writings of every kind, source and authorship, both originals and all non-identical copies thereof, in your possession, custody, or control, or known by you to exist, irrespective of whether the writing is one intended for or transmitted by you, or intended for or transmitted to any other person or entity, including without limitation any government agency, department, administrative, or private entity or person. The term shall include handwritten, typewritten, printed, photocopied, photographic, or recorded matter. It shall include communications in words, symbols, pictures, sound recordings, films, tapes, and information stored in, or accessible through, backpacks, computer or other information storage or retrieval systems, together with the codes and/or programming instructions and other materials necessary to understand and use such systems. For purposes of illustration and not limitation, the term shall include: affidavits; agendas, agreements; analyses; announcements; bills; statements and other records of obligations and expenditures; books; brochures; bulletins; calendars; canceled checks; vouchers; receipts and other records of payments; charts; drawings; check registers; checkbooks; circulars; collateral files and contents; contracts; corporate by-laws; corporate charters; correspondence; credit files and contents; deposit slips; diaries; drafts; files; indemnity agreement; health care provider records; doctors' notations; treatment sheets; histories; consultation reports; lab reports; and any correspondence, instructions; invoices; ledgers; journals; balance sheets; profit and loss statements; and other sources of financial data; letters; logs; notes; or memoranda of telephonic or face-to-face conversations; manuals; papers; press releases; printed matter (including published books, articles, speeches and newspaper clippings); schedules; specifications; statement of bank accounts; interviews; technical and engineering reports; evaluations; advice; recommendations; commentaries; conclusions; studies; test plans; data; reports; results; and conclusions; summaries; and other records and recordings of any conferences, meetings, visits, statements, interviews or telephone conversations; telegrams; teletypes or other communications sent or received; transcripts of testimony, and all other writings, the contents of which relate to, discuss, consider, or otherwise refer to the subject matter of the particular discovery requested relevant to these proceedings.

3

## REQUESTS FOR PRODUCTION

Please produce the following documents within your Possession, Custody or Control, to-wit:

**REQUEST FOR PRODUCTION NO. 1:** Copies of all contracts, joint venture agreements, partnership agreements, employment agreements or other written agreements, from September, 2013 to present, between you and

    a. The Nick Vertucci Companies, Inc.
    b. NV Real Estate Academy.
    c. Nick Vertucci, or company in which Nick Vertucci has an ownership interest.
    d. Entities that provide real estate education, real estate seminars, and/or real estate bus tours.
    e. All entities, companies, and/or persons with which you have contracted with from September, 2013 to present.

**RESPONSE**

**REQUEST FOR PRODUCTION NO. 2:** All written correspondence, including emails, from the period of September of 2013 to present, between you and:

    a. Nick Vertucci
    b. Nicole Marshall
    c. Siggi Ahrens
    d. Keith Yackey
    e. Erik Slaikeu
    f. The Nick Vertucci Companies, Inc., or officer, representative, or agent thereof.
    g. NV Real Estate Academy, or officer, representative, or agent thereof.
    h. Any entities with which you have been employed and/or provided services to.

**RESPONSE**

**REQUEST FOR PRODUCTION NO. 3:** All statements and communications from September 2013 to present, between you and Nick Vertucci, The Nick Vertucci Companies, Inc., NV Real Estate Academy, or an officer, representative or agent thereof, including taped recordings, text messages, voicemail messages, emails, and letters.

**RESPONSE**

**REQUEST FOR PRODUCTION NO. 4:** All materials and documents in your possession that were produced by Education Management Services, LLC, Armando Montelongo, Armando Montelongo Seminars, and/or one of their affiliates.

4

05-22-'15 15:47 FROM- GCAK                    210-569-8490              T-750   P0013/0014 F-746

**RESPONSE**

**REQUEST FOR PRODUCTION NO. 5:** Copies of training documents, compliance documents, policies and procedures, and legal opinions in your possession that were the property of Armando Montelongo, an Armando Montelongo company, or Education Management Services, LLC.

**RESPONSE**


**REQUEST FOR PRODUCTION NO. 6:** Copies of any documents obtained from Armando Montelongo, an Armando Montelongo company, or Education Management Services, LLC, which you purport you lawfully obtained, or are lawfully in possession of.

**RESPONSE**


**REQUEST FOR PRODUCTION NO. 7:** Copies of any documents obtained from The Nick Vertucci Companies, Inc., NV Real Estate Academy, Nick Vertucci, a company owned by Nick Vertucci, or an agent, employee, or affiliate of Nick Vertucci.

**RESPONSE**


**REQUEST FOR PRODUCTION NO. 8:** Copies of your tax returns, 1099, W2's, and/or other tax related documents for the year 2011, 2012, 2013, and 2014.

**RESPONSE**


**REQUEST FOR PRODUCTION NO. 9:** All emails that reflect communications between you and individuals and/or businesses located in Texas. This request is limited to emails prepared since September 24, 2009.

**RESPONSE**


**REQUEST FOR PRODUCTION NO. 10:** All credit card statements that reflect charges made by you while in Texas. This request is limited to emails prepared since September 24, 2009.

**RESPONSE**

**REQUEST FOR PRODUCTION NO. 11:**  All cell phone records that reflect communications between you and individuals and/or businesses located in Texas.  This request is limited to emails prepared since September 24, 2009.

**RESPONSE**

**REQUEST FOR PRODUCTION NO. 12**  Any and all documents that reflect email addresses used by you since September 24, 2009.

**RESPONSE**

**REQUEST FOR PRODUCTION NO. 13:**  Any and all documents that reflect your travels to Texas since September 24, 2009.

**RESPONSE**

**REQUEST FOR PRODUCTION NO. 14:**  All documents that reference the identity of businesses and/or individuals in Texas with whom you transact business.

**RESPONSE**

**REQUEST FOR PRODUCTION NO. 15:**  Copies of all lawsuits you have been involved in since September 24, 2009.

05-22-'15 15:45 FROM- GCAK       210-569-8490       T-750    P0001/0014 F-746



GONZALEZ CHISCANO ANGULO & KASSON, PC

Henry B. Gonzalez III
Steve Alfonso Chiscano
David S. Angulo
Richard J. Kasson

613 NW Loop 410, Suite 800, San Antonio, TX 78216
Tel: 210-569-8500    Fax: 210-569-8490
www.gcaklaw.com

**Henry B. Gonzalez III**
Direct Tel 210-569-8489
hbg@gcaklaw.com

## FACSIMILE COVER PAGE

DATE:      MAY 22, 2015

TO:      CLINT A. CORRIE         FACSIMILE: 214/981-9339

       ANDREW MOON         FACSIMILE: 210/568-4493
       NATHAN CORBETT

*COURTESY*    JEFF CAWDREY         FACSIMILE: 213/680-4470
*COPY TO:*    KIMBERLY HOWATT

FROM:     HENRY B. GONZALEZ III

RE:       CAUSE NO. 2014-CI-15278; EDUCATION MANAGEMENT SERVICES, LLC VS.
        KEITH YACKEY; 285TH JUDICIAL DISTRICT, BEXAR COUNTY, TEXAS

Enclosed are the following:

1. Plaintiff's First Request for Production to Defendant; and,
2. Plaintiff's First Set of Interrogatories to Defendant

NUMBER OF PAGES INCLUDING COVER PAGE:    14

ORIGINAL TO FOLLOW:      NO

IF YOU HAVE ANY QUESTIONS REGARDING THIS TRANSMISSION, PLEASE CALL
210/569-8500.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION
INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT.
YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY
PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE,
AND PLEASE RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

Cause No. <u>2014CI15278</u>

| | | |
|---|---|---|
| EDUCATION MANAGEMENT | § | IN THE DISTRICT COURT |
| SERVICES, LLC | § | |
| | § | |
| v. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| KEITH YACKEY | § | BEXAR COUNTY, TEXA |

## PLAINTIFF'S SECOND REQUEST FOR PRODUCTION
## TO DEFENDANT

TO:   KEITH YACKEY, Defendant
By and through his attorney of record:
Clint A. Corrie
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201

Pursuant to Rule 196 et. seq. of the Texas Rules of Civil Procedure, you are hereby instructed to answer fully and completely the Second Requests For Production hereinafter propounded; make a written response, sign under oath, and deliver your answers and/or documents to Plaintiff, within 30 days after service of this Request For Production. These requests are continuing and require supplementary answers if you or your attorney obtain further information between the time you give your answers and the time of the trial of this cause.

Respectfully submitted,

**GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.**
613 N.W. Loop 410, Suite 800
San Antonio, Texas 78216
Telephone No. 210/569-8500
Telecopier No. 210/569-8490

By: _____
      HENRY B. GONZALEZ III
      State Bar No. 00794952
      Email: hbg@gcaklaw.com
ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22 day of May, 2015, a true and correct copy of the foregoing was forwarded by facsimile; and/or regular mail; and/or certified mail, return receipt requested; and/or e-mail transmission; and/or electronic filing service to the following:

Clint A. Corrie
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Clint.corrie@akerman.com
Facsimile 214/981.9339

Andrew Moon
Nathan Corbett
2935 Thousand Oaks Drive, #6-285
San Antonio, TX 78247
210/568-4493 – fax
andym@teamarmando.com
nathanc@teamarmando.com

HENRY B. GONZALEZ III
ATTORNEYS FOR PLAINTIFF

2

The following definitions and instructions shall apply:

1.  As used herein, the term "you or your" shall refer to KEITH YACKEY and/or their agents, attorneys, representatives, employees, or any other natural persons, or business or legal entities, acting or purporting to act for or on behalf of KEITH YACKEY.

2.  The term "possession, custody or control" of an item means that the person either has physical possession of the item or has a right to possession of the item that is equal or superior to the person who has physical possession of the item in accordance with Rule 192.7(b) Texas Rules of Civil Procedure.

3.  The term "you" also includes businesses that you own and or operate, including but not limited to, keithyackey.com, Private Money Process, Private Money Pro, the Private Money Pro, GetPOF.com.

4.  The term "document" shall mean all writings of every kind, source and authorship, both originals and all non-identical copies thereof, in your possession, custody, or control, or known by you to exist, irrespective of whether the writing is one intended for or transmitted by you, or intended for or transmitted to any other person or entity, including without limitation any government agency, department, administrative, or private entity or person. The term shall include handwritten, typewritten, printed, photocopied, photographic, or recorded matter.  It shall include communications in words, symbols, pictures, sound recordings, films, tapes, and information stored in, or accessible through, backpacks, computer or other information storage or retrieval systems, together with the codes and/or programming instructions and other materials necessary to understand and use such systems.  For purposes of illustration and not limitation, the term shall include: affidavits; agendas, agreements; analyses; announcements; bills; statements and other records of obligations and expenditures; books; brochures; bulletins; calendars; canceled checks; vouchers; receipts and other records of payments; charts; drawings; check registers; checkbooks; circulars; collateral files and contents; contracts; corporate by-laws; corporate charters; correspondence; credit files and contents; deposit slips; diaries; drafts; files; indemnity agreement; health care provider records; doctors' notations; treatment sheets; histories; consultation reports; lab reports; and any correspondence, instructions; invoices; ledgers; journals; balance sheets; profit and loss statements; and other sources of financial data; letters; logs; notes; or memoranda of telephonic or face-to-face conversations; manuals; papers; press releases; printed matter (including published books, articles, speeches and newspaper clippings); schedules; specifications; statement of bank accounts; interviews; technical and engineering reports; evaluations; advice; recommendations; commentaries; conclusions; studies; test plans; data; reports; results; and conclusions; summaries; and other records and recordings of any conferences, meetings, visits, statements, interviews or telephone conversations; telegrams; teletypes or other communications sent or received; transcripts of testimony,  and all other writings, the contents of which relate to, discuss, consider, or otherwise refer to the subject matter of the particular discovery requested relevant to these proceedings.

3

## SECOND SET OF REQUESTS FOR PRODUCTION

Please produce the following documents within your Possession, Custody or Control, to-wit:

**REQUEST FOR PRODUCTION NO. 1.**  Any and all fee agreements between you and your lawyers in this matter.

Response:


**REQUEST FOR PRODUCTION NO. 2.**  Any and all invoices for legal services in this matter.


Response:

**REQUEST FOR PRODUCTION NO. 3.**  Any and all agreements between you and Nick Vertucci and/or any entities and/or individuals associated with Mr. Vertucci, including indemnification agreements, employment agreements, agreements to provide legal expenses and/or joint defense and/or prosecution agreements.


Response:

**REQUEST FOR PRODUCTION NO. 4.**  All correspondence between you and Nick Vertucci and/or any entities and/or individuals associated with Mr. Vertucci concerning this lawsuit, Armando Montelongo and/or any individuals and/or entities associated with Plaintiff and/or Armando Montelongo.

4

05-22-'15 16:17 FROM- GCAK                210-569-8490           T-754  P0001/0005 F-749



GONZALEZ CHISCANO ANGULO & KASSON, PC

613 NW Loop 410, Suite 800, San Antonio, TX 78216
Tel: 210-569-8500    Fax: 210-569-8490
www.gcaklaw.com

Henry B. Gonzalez III
Steve Alfonso Chiscano
David S. Angulo
Richard J. Kasson

Henry B. Gonzalez III
Direct Tel 210-569-8489
hbg@gcaklaw.com

## FACSIMILE COVER PAGE

DATE:      MAY 22, 2015

TO:        CLINT A. CORRIE            FACSIMILE: 214/981-9339

           ANDREW MOON               FACSIMILE: 210/568-4493
           NATHAN CORBETT

*COURTESY*  JEFF CAWDREY             FACSIMILE: 213/680-4470
*COPY TO:*   KIMBERLY HOWATT

FROM:      HENRY B. GONZALEZ III

RE:        CAUSE NO. 2014-CI-15278; EDUCATION MANAGEMENT SERVICES, LLC VS.
           KEITH YACKEY; 285TH JUDICIAL DISTRICT, BEXAR COUNTY, TEXAS

Enclosed are the following:

1.    Plaintiff's Second Request for Production to Defendant

NUMBER OF PAGES INCLUDING COVER PAGE:    5

ORIGINAL TO FOLLOW:        NO

IF YOU HAVE ANY QUESTIONS REGARDING THIS TRANSMISSION, PLEASE CALL
210/569-8500.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION
INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT.
YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY
PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE,
AND PLEASE RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

Cause No.  2014CI15278

| | | |
|---|---|---|
| EDUCATION MANAGEMENT | § | IN THE DISTRICT COURT |
| SERVICES, LLC | § | |
| | § | |
| v. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| KEITH YACKEY | § | BEXAR COUNTY, TEXA |

## PLAINTIFF'S THIRD REQUEST FOR PRODUCTION
## TO DEFENDANT

TO:  KEITH YACKEY, Defendant
By and through his attorney of record:
Clint A. Corrie
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201

Pursuant to Rule 196 et. seq. of the Texas Rules of Civil Procedure, you are hereby instructed to answer fully and completely the Third Requests for Production hereinafter propounded; make a written response, sign under oath, and deliver your answers and/or documents to Plaintiff, within 30 days after service of this Request for Production. These requests are continuing and require supplementary answers if you or your attorney obtain further information between the time you give your answers and the time of the trial of this cause.

Respectfully submitted,

**GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.**
613 N.W. Loop 410, Suite 800
San Antonio, Texas 78216
Telephone No. 210/569-8500
Telecopier No. 210/569-8490

By:

HENRY B. GONZALEZ III
State Bar No. 00794952
Email: hbg@gcaklaw.com
ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the _Vre_ day of May, 2015, a true and correct copy of the foregoing was forwarded by facsimile; and/or regular mail; and/or certified mail, return receipt requested; and/or e-mail transmission; and/or electronic filing service to the following:

Clint A. Corrie
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Clint.corrie@akerman.com
Facsimile 214/981.9339

Andrew Moon
Nathan Corbett
2935 Thousand Oaks Drive, #6-285
San Antonio, TX 78247
210/568-4493 – fax
andym@teamarmando.com
nathanc@teamarmando.com


HENRY B. GONZALEZ III
ATTORNEYS FOR PLAINTIFF

2

The following definitions and instructions shall apply:

1.   As used herein, the term "you or your" shall refer to KEITH YACKEY and/or their agents, attorneys, representatives, employees, or any other natural persons, or business or legal entities, acting or purporting to act for or on behalf of KEITH YACKEY.

2.   The term "possession, custody or control" of an item means that the person either has physical possession of the item or has a right to possession of the item that is equal or superior to the person who has physical possession of the item in accordance with Rule 192.7(b) Texas Rules of Civil Procedure.

3.   The term "you" also includes businesses that you own and or operate, including but not limited to, keithyackey.com, Private Money Process, Private Money Pro, the Private Money Pro, GetPOF.com.

4.   The term "document" shall mean all writings of every kind, source and authorship, both originals and all non-identical copies thereof, in your possession, custody, or control, or known by you to exist, irrespective of whether the writing is one intended for or transmitted by you, or intended for or transmitted to any other person or entity, including without limitation any government agency, department, administrative, or private entity or person. The term shall include handwritten, typewritten, printed, photocopied, photographic, or recorded matter.  It shall include communications in words, symbols, pictures, sound recordings, films, tapes, and information stored in, or accessible through, backpacks, computer or other information storage or retrieval systems, together with the codes and/or programming instructions and other materials necessary to understand and use such systems.  For purposes of illustration and not limitation, the term shall include: affidavits; agendas, agreements; analyses; announcements; bills; statements and other records of obligations and expenditures; books; brochures; bulletins; calendars; canceled checks; vouchers; receipts and other records of payments; charts; drawings; check registers; checkbooks; circulars; collateral files and contents; contracts; corporate by-laws; corporate charters; correspondence; credit files and contents; deposit slips; diaries; drafts; files; indemnity agreement; health care provider records; doctors' notations; treatment sheets; histories; consultation reports; lab reports; and any correspondence, instructions; invoices; ledgers; journals; balance sheets; profit and loss statements; and other sources of financial data; letters; logs; notes; or memoranda of telephonic or face-to-face conversations; manuals; papers; press releases; printed matter (including published books, articles, speeches and newspaper clippings); schedules; specifications; statement of bank accounts; interviews; technical and engineering reports; evaluations; advice; recommendations; commentaries; conclusions; studies; test plans; data; reports; results; and conclusions; summaries; and other records and recordings of any conferences, meetings, visits, statements, interviews or telephone conversations; telegrams; teletypes or other communications sent or received; transcripts of testimony,  and all other writings, the contents of which relate to, discuss, consider, or otherwise refer to the subject matter of the particular discovery requested relevant to these proceedings.

## THIRD SET OF REQUESTS FOR PRODUCTION

Please produce the following documents within your Possession, Custody or Control, to-wit:

**REQUEST FOR PRODUCTION NO. 1:** All written correspondence (specifically including but not limited to e-mails, text messages and social media messages) from the period of September 26, 2013 to the present between you and:

|      |                                                              |
|------|--------------------------------------------------------------|
| a)   | Gillian Birnie, via her personal email account               |
| b)   | Jamie Tomlinson                                              |
| c)   | Gina Vertucci                                               |
| d)   | Any company owned, managed, or operated Nick Vertucci       |
| e)   | Any company owned, managed, or operated by Jeff Adams       |
| f)   | Jeffery (Jeff) Wilson                                       |
| g)   | Scott Zuckman                                               |
| h)   | Manuel "Manny" Moreno                                       |
| i)   | Nicole Marshall                                             |
| j)   | Michael "Mike" Symes                                        |
| k)   | Jake Simpson                                                |
| l)   | Judd Simpson                                                |
| m)   | Mike Hagen                                                  |
| n)   | Hal Tanner                                                  |
| o)   | Michael Tracey                                              |
| p)   | Mindi Cicero                                                |
| q)   | Mark Cadero                                                 |
| r)   | Any entities with which you have been employed and/or provided services to |

**RESPONSE:**



**REQUEST FOR PRODUCTION NO. 2:** Copies of any documents received, taken or obtained by you from The Nick Vertucci Companies, Inc., NV Real Estate Academy, Nick Vertucci, a company owned by Nick Vertucci, and/or an agent, employee, or affiliate of Nick Vertucci, including but not limited to written materials, CDs, videos, DVDs, podcasts, instructions, policies, samples or exemplars (e.g., presentations, slides, etc.), communications and contracts.

**RESPONSE**



**REQUEST FOR PRODUCTION NO. 3:** Copies of any and all documents evidencing your execution of a conflict waiver of any attorney-client conflicts which may arise based on Akerman, LLP's representation of you and Vertucci during this litigation.

4

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 4:** Copies of all paychecks, paystubs, and/or direct deposit receipts showing any compensation or remuneration you have received for services performed from September 26, 2013 to present.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 5:** Copies of all communications or documents evidencing your sales commission rate for buying units sold while providing services to Vertucci.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 6:** Copies of all communications or documents evidencing the number of buying units that you have sold or been partially responsible for selling on behalf of Vertucci.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 7:** Copies of all sales training and teaching materials that you have produced for Vertucci and/ or The Nick Vertucci Companies, Inc. since September 26, 2013.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 8:** Any and all documents that reflect communications between you and any current and/or former clients of Armando Montelongo Jr., Education Management Services, LLC, Real Estate Training International, LLC, d/b/a Armando Montelongo Seminars, and/or one of their affiliates.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9:**   Any and all documents that reflect communications between you and any current and/or former students of Armando Montelongo Jr., Education Management Services, LLC, Real Estate Training International, LLC, d/b/a Armando Montelongo Seminars, and/or one of their affiliates.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10:**   Any and all documents that reflect communications between you and any current and/or former employees of Armando Montelongo Jr., Education Management Services, LLC, Real Estate Training International, LLC, d/b/a Armando Montelongo Seminars, and/or one of their affiliates.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 11:**   Any and all documents that reflect communications between you and any current and/or former contractors of Armando Montelongo Jr., Education Management Services, LLC, Real Estate Training International, LLC, d/b/a Armando Montelongo Seminars, and/or one of their affiliates.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 12:**   Any and all documents that reflect communications between you and any current and/or former testimonials of Armando Montelongo Jr., Education Management Services, LLC, Real Estate Training International, LLC, d/b/a Armando Montelongo Seminars, and/or one of their affiliates.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 13:**   Any and all documents that reflect communications between you and any current and/or former vendors of Armando Montelongo Jr., Education Management Services, LLC, Real Estate Training International, LLC, d/b/a Armando Montelongo Seminars, and/or one of their affiliates.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 14:**   Any and all documents that reflect communications between you and any current and/or former service providers of Armando Montelongo Jr.,

6

Education Management Services, LLC, Real Estate Training International, LLC, d/b/a Armando Montelongo Seminars, and/or one of their affiliates.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 15:**  Any and all documents that reflect your social media statements about Armando Montelongo Jr., Education Management Services, LLC, Real Estate Training International, LLC, d/b/a Armando Montelongo Seminars, and/or one of their affiliates, including but not limited to Facebook, Twitter, Instagam, Flikr and YouTube.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 16:**  Any and all documents that reflect any social media account (including but not limited to Facebook, Twitter, Instagam, Flikr and YouTube) used by you.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 17:**  Any and all non-disclosure, non-solicitation and/or non-compete agreements executed by you from January 1, 2005 to the present.

**RESPONSE:**

05-29-'15 14:04 FROM- GCAK                    210-569-8490              T-811   P0001/0008 F-796



GONZALEZ CHISCANO, ANGULO & KASSON, PC

613 NW Loop 410, Suite 800, San Antonio, TX 78216
Tel 210-569-8500    Fax 210-569-8490
www.gcaklaw.com

Henry B. Gonzalez III
Steve Alfonso Chiscano
David S. Angulo
Richard J. Kasson

Henry B. Gonzalez III
Direct Tel 210-569-8489
hbg@gcaklaw.com

## FACSIMILE COVER PAGE

DATE:        MAY 29, 2015

TO:          CLINT A. CORRIE                    FACSIMILE: 214/981-9339

             ANDREW MOON                        FACSIMILE: 210/568-4493
             NATHAN CORBETT

*COURTESY*   JEFF CAWDREY                       FACSIMILE: 213/680-4470
*COPY TO:*   KIMBERLY HOWATT

FROM:        HENRY B. GONZALEZ III

RE:          CAUSE NO. 2014-CI-15278; EDUCATION MANAGEMENT SERVICES, LLC VS.
             KEITH YACKEY; 285TH JUDICIAL DISTRICT, BEXAR COUNTY, TEXAS

Enclosed are the following:

   1.   Plaintiff's Third Request for Production to Defendant

NUMBER OF PAGES INCLUDING COVER PAGE:    8

ORIGINAL TO FOLLOW:        NO

IF YOU HAVE ANY QUESTIONS REGARDING THIS TRANSMISSION, PLEASE CALL
210/569-8500.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND PLEASE RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

Cause No.   2014CI15278

| | | |
|---|---|---|
| EDUCATION MANAGEMENT | § | IN THE DISTRICT COURT |
| SERVICES, LLC | § | |
| | § | |
| v. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| KEITH YACKEY | § | BEXAR COUNTY, TEXA |

## PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION
## TO DEFENDANT

TO:   KEITH YACKEY, Defendant
By and through his attorney of record:
Clint A. Corrie
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201

Pursuant to Rule 196 et. seq. of the Texas Rules of Civil Procedure, you are hereby instructed to answer fully and completely the Requests for Production hereinafter propounded; make a written response, sign under oath, and deliver your answers and/or documents to Plaintiff, within 30 days after service of this Request for Production.  These requests are continuing and require supplementary answers if you or your attorney obtain further information between the time you give your answers and the time of the trial of this cause.

Respectfully submitted,

GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.
613 N.W. Loop 410, Suite 800
San Antonio, Texas 78216
Telephone No. 210/569-8500
Telecopier No. 210/569-8490

By:   _Henry B Gonzalez II_  w/ permission
HENRY B. GONZALEZ III
State Bar No. 00794952
Email: hbg@gcaklaw.com
ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of June, 2015, a true and correct copy of the foregoing was forwarded by facsimile; and/or regular mail; and/or certified mail, return receipt requested; and/or e-mail transmission; and/or electronic filing service to the following:

Clint A. Corrie
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Clint.corrie@akerman.com
Facsimile 214/981.9339

Andrew Moon
Nathan Corbett
2935 Thousand Oaks Drive, #6-285
San Antonio, TX 78247
210/568-4493 — fax
andym@teamarmando.com
nathanc@teamarmando.com

*Henry B Gonzalez III* w/permission

HENRY B. GONZALEZ III
ATTORNEYS FOR PLAINTIFF

2

The following definitions and instructions shall apply:

1.  As used herein, the term "you or your" shall refer to KEITH YACKEY and/or their agents, attorneys, representatives, employees, or any other natural persons, or business or legal entities, acting or purporting to act for or on behalf of KEITH YACKEY.

2.  The term "possession, custody or control" of an item means that the person either has physical possession of the item or has a right to possession of the item that is equal or superior to the person who has physical possession of the item in accordance with Rule 192.7(b) Texas Rules of Civil Procedure.

3.  The term "you" also includes businesses that you own and or operate, including but not limited to, keithyackey.com, Private Money Process, Private Money Pro, the Private Money Pro, GetPOF.com.

4.  The term "document" shall mean all writings of every kind, source and authorship, both originals and all non-identical copies thereof, in your possession, custody, or control, or known by you to exist, irrespective of whether the writing is one intended for or transmitted by you, or intended for or transmitted to any other person or entity, including without limitation any government agency, department, administrative, or private entity or person. The term shall include handwritten, typewritten, printed, photocopied, photographic, or recorded matter.  It shall include communications in words, symbols, pictures, sound recordings, films, tapes, and information stored in, or accessible through, backpacks, computer or other information storage or retrieval systems, together with the codes and/or programming instructions and other materials necessary to understand and use such systems.  For purposes of illustration and not limitation, the term shall include: affidavits; agendas, agreements; analyses; announcements; bills; statements and other records of obligations and expenditures; books; brochures; bulletins; calendars; canceled checks; vouchers; receipts and other records of payments; charts; drawings; check registers; checkbooks; circulars; collateral files and contents; contracts; corporate by-laws; corporate charters; correspondence; credit files and contents; deposit slips; diaries; drafts; files; indemnity agreement; health care provider records; doctors' notations; treatment sheets; histories; consultation reports; lab reports; and any correspondence, instructions; invoices; ledgers; journals; balance sheets; profit and loss statements; and other sources of financial data; letters; logs; notes; or memoranda of telephonic or face-to-face conversations; manuals; papers; press releases; printed matter (including published books, articles, speeches and newspaper clippings); schedules; specifications; statement of bank accounts; interviews; technical and engineering reports; evaluations; advice; recommendations; commentaries; conclusions; studies; test plans; data; reports; results; and conclusions; summaries; and other records and recordings of any conferences, meetings, visits, statements, interviews or telephone conversations; telegrams; teletypes or other communications sent or received; transcripts of testimony,  and all other writings, the contents of which relate to, discuss, consider, or otherwise refer to the subject matter of the particular discovery requested relevant to these proceedings.

3

## FOURTH REQUEST FOR PRODUCTION

Please produce the following documents within your Possession, Custody or Control, to-wit:

**REQUEST FOR PRODUCTION NO. 1:**   All cell phone records that reflect communications between you and individuals and/or businesses located in Texas from September 24, 2009 through the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:**   All documents that you sent to and/or received from the Internal Revenue Service regarding your association with the following websites:

   a.  www.keithyackey.com;
   b.  www.getpof.com;
   c.  www.privatemoneypro.com; and/or
   d.  www.privatemoneyprocess.com.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:**   All documents that you sent to and/or received from the Internal Revenue Service that reference your sources of income from the following websites:

   a.  www.keithyackey.com;
   b.  www.getpof.com;
   c.  www.privatemoneypro.com; and/or
   d.  www.privatemoneyprocess.com.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:**   All documents that you sent to and/or received from your ex-wife, Janessa L. Yackey n/k/a Janessa L. Henderson, and/or her attorneys regarding your association with the following websites:

   e.  www.keithyackey.com;
   f.  www.getpof.com;

4

06-05-'15 09:43 FROM- GCAK          210-569-8490        T-856  P0006/0006 F-839

    g.  www.privatemoneypro.com; and/or
    h.  www.privatemoneyprocess.com.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:**  All documents that you sent to and/or received from your ex-wife, Janessa L. Yackey n/k/a Janessa L. Henderson, and/or her attorneys that reference your sources of income from the following websites:

    a.  www.keithyackey.com;
    b.  www.getpof.com;
    c.  www.privatemoneypro.com; and/or
    d.  www.privatemoneyprocess.com.

Cause No.   2014CI15278

| | | |
|---|---|---|
| EDUCATION MANAGEMENT | § | IN THE DISTRICT COURT |
| SERVICES, LLC | § | |
| | § | |
| v. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| KEITH YACKEY | § | BEXAR COUNTY, TEXA |

## PLAINTIFF'S FIFTH REQUEST FOR PRODUCTION
## TO DEFENDANT

TO:   KEITH YACKEY, Defendant
By and through his attorney of record:
Clint A. Corrie
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201

Pursuant to Rule 196 et. seq. of the Texas Rules of Civil Procedure, you are hereby instructed to answer fully and completely the Requests for Production hereinafter propounded; make a written response, sign under oath, and deliver your answers and/or documents to Plaintiff, within 30 days after service of this Request for Production.   These requests are continuing and require supplementary answers if you or your attorney obtain further information between the time you give your answers and the time of the trial of this cause.

Respectfully submitted,

**GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.**
613 N.W. Loop 410, Suite 800
San Antonio, Texas 78216
Telephone No. 210/569-8500
Telecopier No. 210/369-8490

By:   _____
HENRY B. GONZALEZ III
State Bar No. 00794952
Email: hbg@gcaklaw.com
ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___ day of August, 2015, a true and correct copy of the foregoing was forwarded by facsimile; and/or regular mail; and/or certified mail, return receipt requested; and/or e-mail transmission; and/or electronic filing service to the following:

Clint A. Corrie
clint.corrie@akerman.com
Christopher M. Hodge
christopher.hodge@akerman.com
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
**FACSIMILE 214/981-9339**

Scott M. Noel
snoel@pg-law.com
C.J. Cilfone
CJCilfone@pg-law.com
**Plunkett & Griesenbeck, Inc.**
Catholic Life Building
1635 N.E. Loop 410, Suite 900
San Antonio, Texas 78209
**FACSIMILE 210-734-0379**

Andrew Moon
andym@teamarmando.com
Nathan Corbet
nathanc@teamarmando.com
2935 Thousand Oaks Drive, #6-285
San Antonio, TX 78247
**FACSIMILE 210/568-4493**

HENRY B. GONZALEZ III

2

The following definitions and instructions shall apply:

1.   As used herein, the term "you or your" shall refer to KEITH YACKEY and/or their agents, attorneys, representatives, employees, or any other natural persons, or business or legal entities, acting or purporting to act for or on behalf of KEITH YACKEY.

2.   The term "possession, custody or control" of an item means that the person either has physical possession of the item or has a right to possession of the item that is equal or superior to the person who has physical possession of the item in accordance with Rule 192.7(b) Texas Rules of Civil Procedure.

3.   The term "you" also includes businesses that you own and or operate, including but not limited to, keithyackey.com, Private Money Process, Private Money Pro, the Private Money Pro, GetPOF.com.

4.   The term "document" shall mean all writings of every kind, source and authorship, both originals and all non-identical copies thereof, in your possession, custody, or control, or known by you to exist, irrespective of whether the writing is one intended for or transmitted by you, or intended for or transmitted to any other person or entity, including without limitation any government agency, department, administrative, or private entity or person. The term shall include handwritten, typewritten, printed, photocopied, photographic, or recorded matter.  It shall include communications in words, symbols, pictures, sound recordings, films, tapes, and information stored in, or accessible through, backpacks, computer or other information storage or retrieval systems, together with the codes and/or programming instructions and other materials necessary to understand and use such systems.   For purposes of illustration and not limitation, the term shall include: affidavits; agendas, agreements; analyses; announcements; bills; statements and other records of obligations and expenditures; books; brochures; bulletins; calendars; canceled checks; vouchers; receipts and other records of payments; charts; drawings; check registers; checkbooks; circulars; collateral files and contents; contracts; corporate by-laws; corporate charters; correspondence; credit files and contents; deposit slips; diaries; drafts; files; indemnity agreement; health care provider records; doctors' notations; treatment sheets; histories; consultation reports; lab reports; and any correspondence, instructions; invoices; ledgers; journals; balance sheets; profit and loss statements; and other sources of financial data; letters; logs; notes; or memoranda of telephonic or face-to-face conversations; manuals; papers; press releases; printed matter (including published books, articles, speeches and newspaper clippings); schedules; specifications; statement of bank accounts; interviews; technical and engineering reports; evaluations; advice; recommendations; commentaries; conclusions; studies; test plans; data; reports; results; and conclusions; summaries; and other records and recordings of any conferences, meetings, visits, statements, interviews or telephone conversations; telegrams; teletypes or other communications sent or received; transcripts of testimony,  and all other writings, the contents of which relate to, discuss, consider, or otherwise refer to the subject matter of the particular discovery requested relevant to these proceedings.

3

## FOURTH REQUEST FOR PRODUCTION

Please produce the following documents within your Possession, Custody or Control, to-wit:

**REQUEST FOR PRODUCTION NO. 1:**   All tax returns filed by and/or on behalf of www.keithyackey.com.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 2:**   All bank statements for accounts held by and/or for www.keithyackey.com.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 3:**   All credit card statements for accounts held by and/or for www.keithyackey.com.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 4:**   All tax returns filed by and/or on behalf of www.getpof.com.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 5:**   All bank statements for accounts held by and/or for www.getpof.com.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 6:**   All credit card statements for accounts held by and/or for www.getpof.com.

4

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 7:**   All tax returns filed by and/or on behalf of www.privatemoneypro.com.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 8:**   All bank statements for accounts held by and/or for www.privatemoneypro.com.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 9:**   All credit card statements for accounts held by and/or for www.privatemoneypro.com.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 10:**   All tax returns filed by and/or on behalf of www.privatemoneyprocess.com.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 11:**   All bank statements for accounts held by and/or for www.privatemoneyprocess.com.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 12:**   All credit card statements for accounts held by and/or for www.privatemoneyprocess.com.

**RESPONSE:**

Cause No.   2014CI15278

| | | |
|---|---|---|
| EDUCATION MANAGEMENT | § | IN THE DISTRICT COURT |
| SERVICES, LLC | § | |
| | § | |
| v. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| KEITH YACKEY | § | BEXAR COUNTY, TEXA |

## PLAINTIFF'S SIXTH REQUEST FOR PRODUCTION
## TO DEFENDANT

TO:   KEITH YACKEY, Defendant
By and through his attorney of record:
Clint A. Corrie
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201

Pursuant to Rule 196 et. seq. of the Texas Rules of Civil Procedure, you are hereby instructed to answer fully and completely the Requests for Production hereinafter propounded; make a written response, sign under oath, and deliver your answers and/or documents to Plaintiff, within 30 days after service of this Request for Production.   These requests are continuing and require supplementary answers if you or your attorney obtain further information between the time you give your answers and the time of the trial of this cause.

Respectfully submitted,

GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.
613 N.W. Loop 410, Suite 800
San Antonio, Texas 78216
Telephone No. 210/569-8500
Telecopier No. 210/569-8490

By: _____
HENRY B. GONZALEZ III
State Bar No. 00794952
Email: hbg@gcaklaw.com
ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the _17ᵗʰ_ day of August, 2015, a true and correct copy of the foregoing was forwarded by facsimile; and/or regular mail; and/or certified mail, return receipt requested; and/or e-mail transmission; and/or electronic filing service to the following:

Clint A. Corrie
clint.corrie@akerman.com
Christopher M. Hodge
christopher.hodge@akerman.com
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
**FACSIMILE 214/981-9339**

Scott M. Noel
snoel@pg-law.com
C.J. Cilfone
CJCilfone@pg-law.com
**Plunkett & Griesenbeck, Inc.**
Catholic Life Building
1635 N.E. Loop 410, Suite 900
San Antonio, Texas 78209
**FACSIMILE 210-734-0379**

Andrew Moon
andym@teamarmando.com
Nathan Corbet
nathanc@teamarmando.com
2935 Thousand Oaks Drive, #6-285
San Antonio, TX 78247
**FACSIMILE 210/568-4493**

HENRY B. GONZALEZ III

2

The following definitions and instructions shall apply:

1. As used herein, the term "you or your" shall refer to KEITH YACKEY and/or their agents, attorneys, representatives, employees, or any other natural persons, or business or legal entities, acting or purporting to act for or on behalf of KEITH YACKEY.

2. The term "possession, custody or control" of an item means that the person either has physical possession of the item or has a right to possession of the item that is equal or superior to the person who has physical possession of the item in accordance with Rule 192.7(b) Texas Rules of Civil Procedure.

3. The term "you" also includes businesses that you own and or operate, including but not limited to, keithyackey.com, Private Money Process, Private Money Pro, the Private Money Pro, GetPOF.com.

4. The term "document" shall mean all writings of every kind, source and authorship, both originals and all non-identical copies thereof, in your possession, custody, or control, or known by you to exist, irrespective of whether the writing is one intended for or transmitted by you, or intended for or transmitted to any other person or entity, including without limitation any government agency, department, administrative, or private entity or person. The term shall include handwritten, typewritten, printed, photocopied, photographic, or recorded matter. It shall include communications in words, symbols, pictures, sound recordings, films, tapes, and information stored in, or accessible through, backpacks, computer or other information storage or retrieval systems, together with the codes and/or programming instructions and other materials necessary to understand and use such systems. For purposes of illustration and not limitation, the term shall include: affidavits; agendas, agreements; analyses; announcements; bills; statements and other records of obligations and expenditures; books; brochures; bulletins; calendars; canceled checks; vouchers; receipts and other records of payments; charts; drawings; check registers; checkbooks; circulars; collateral files and contents; contracts; corporate by-laws; corporate charters; correspondence; credit files and contents; deposit slips; diaries; drafts; files; indemnity agreement; health care provider records; doctors' notations; treatment sheets; histories; consultation reports; lab reports; and any correspondence, instructions; invoices; ledgers; journals; balance sheets; profit and loss statements; and other sources of financial data; letters; logs; notes; or memoranda of telephonic or face-to-face conversations; manuals; papers; press releases; printed matter (including published books, articles, speeches and newspaper clippings); schedules; specifications; statement of bank accounts; interviews; technical and engineering reports; evaluations; advice; recommendations; commentaries; conclusions; studies; test plans; data; reports; results; and conclusions; summaries; and other records and recordings of any conferences, meetings, visits, statements, interviews or telephone conversations; telegrams; teletypes or other communications sent or received; transcripts of testimony, and all other writings, the contents of which relate to, discuss, consider, or otherwise refer to the subject matter of the particular discovery requested relevant to these proceedings.

3

## SIXTH REQUEST FOR PRODUCTION

Please produce the following documents within your Possession, Custody or Control, to-wit:

**REQUEST FOR PRODUCTION NO. 1.**   Any and all joint defense agreements entered into with Nick Vertucci and/or any business entities affiliated with Nick Vertucci.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 2.**   Any and all joint defense agreements entered into with Jesse Marquez and/or any business entities affiliated with Jesse Marquez.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 3.**   Any and all agreements entered into with Nick Vertucci and/or any business entities affiliated with Nick Vertucci concerning litigation.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 4.**   Any and all communication between you and/or your counsel and counsel for Jesse Marquez.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 5.**   Any and all communication between you and/or your counsel and counsel for Nick Vertucci and/or any business entities associated with Nick Vertucci.

**RESPONSE:**

4

# EXHIBIT A-4

No. 2014CI15278

| | | |
|---|---|---|
| EDUCATION MANAGEMENT SERVICES, LLC | : | IN THE DISTRICT COURT OF |
| | : | |
| VS. | : | BEXAR COUNTY, TEXAS |
| | : | |
| KEITH YACKEY | : | 285TH JUDICIAL DISTRICT |

## DELIVERY SLIP

Total Pages: _____7_____        Order No: 71801-_001 - 002_

Pertaining To:   Keith Yackey and/or getpof.com

From:        Republic Services San Antonio
             12108 Radium Street
             San Antonio, TX  78216
             210-298-6300  Fax 210-298-6303

Date:        June 25, 2015

Deliver To:  Clint Corrie and Christopher Hodge
             Akerman, LLP
             2001 Ross Avenue, Ste. 2550
             Dallas, TX 75201
             214-720-4300  Fax 214-981-9339

No. 2014CI15278

| EDUCATION MANAGEMENT SERVICES, LLC | : | IN THE DISTRICT COURT OF |
| | : | |
| VS, | : | BEXAR COUNTY, TEXAS |
| | : | |
| KEITH YACKEY | : | 285TH JUDICIAL DISTRICT |

## WAIVER OF NOTICE

Our client, Henry B. Gonzalez, III, has commissioned Republic Services San Antonio to obtain records on Keith Yackey and/or getpof.com from the following custodian for use in the above referenced case.

IF COPIES ARE DESIRED, PLEASE INDICATE BELOW BY MARKING Y OR N.  Original records will be held inhouse for 30 days.  Copies may not be available after that time.

_____  1  WEB.COM (Any & All Records)
_____  2  GODADDY.COM, LLC (Any & All Records)

I agree that I and/or my firm will be responsible for payment of the copies of records ordered on this waiver. I acknowledge that invoices are due and payable within 30 days of receipt and that actions for collection of services are performable and payable in Bexar County, Texas.

_____  I DO AGREE TO WAIVE THE NOTICE PERIOD.
_____  I DO NOT AGREE TO WAIVE THE NOTICE PERIOD.

Dated: June 25, 2015

_____

Signed

Clint Corrie and Christopher Hodge
Akerman, LLP
2001 Ross Avenue, Ste. 2550
Dallas, TX 75201
214-720-4300  Fax 214-981-9339
Attorney for Defendant
SBA #

Please Return To: Republic Services San Antonio
              12108 Radium Street
              San Antonio, TX 78216
              210-298-6300  Fax 210-298-6303

NOTE:  RETURN OF THIS FORM IS REQUIRED WITHIN TWENTY (20) DAYS  TO PROCESS YOUR REQUEST.  ANY CANCELLATION OF THE ABOVE MUST BE IN WRITING.  IF THE RECORDS HAVE ALREADY BEEN COPIED AND FEES INCURRED, THEN BILLING WILL BE PRORATED ACCORDINGLY.

71801

No. 2014CI15278

| | | |
|---|---|---|
| EDUCATION MANAGEMENT SERVICES, LLC | : | IN THE DISTRICT COURT OF |
| | : | |
| VS. | : | BEXAR COUNTY, TEXAS |
| | : | |
| KEITH YACKEY | : | 285TH JUDICIAL DISTRICT |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Defendant by and through their attorney(s) of record: Clint Corrie and Christopher Hodge (Akerman, LLP)
To other party/parties by and through their attorney(s) of record:

You will please take notice that twenty (20) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

WEB.COM (Any & All Records)
12808 GRAN BAY PARKWAY WEST
JACKSONVILLE, FL 32258

GODADDY.COM, LLC (Any & All Records)
14455 NORTH HAYDEN ROAD, SUITE 219
SCOTTSDALE, AZ 85260

before a Notary Public for Republic Services San Antonio , 12108 Radium Street, San Antonio, TX 78216
        210-298-6300    Fax 210-298-6303
or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court. Notice is further given that request is hereby made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

Keith Yackey and/or getpof.com

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

Henry B. Gonzalez, III / srg

Henry B. Gonzalez, III
Gonzalez, Chiscano, Angulo & Kasson PC
613 NW Loop 410, Ste. 800
San Antonio, TX 78216
210-569-8500    Fax 210-569-8490
Attorney for Plaintiff
SBA # 00794952

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated: June 25, 2015                                    by   Monica Galvan

Order No. 71801

No. 2014CI15278

| EDUCATION MANAGEMENT SERVICES, LLC | : | IN THE DISTRICT COURT OF |
| | : | |
| VS. | : | BEXAR COUNTY, TEXAS |
| | : | |
| KEITH YACKEY | : | 285TH JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: WEB.COM

Records Pertaining To: Keith Yackey and/or getpof.com

Type of Records: 1. Any and all documents regarding Keith Yackey; 2. Any and all documents regarding getpof.com; 3. Any and all communications from Keith Yackey; and 4. Any and all communications to Keith Yackey.

1.  State your full name, address and occupation.

    Answer: _____

2.  Are you able to identify these records as the originals or true and correct copies of the originals?

    Answer: _____

3.  Were these records made and kept in the regular course of business?

    Answer: _____

4.  In the regular course of business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information from sources who have such personal knowledge to make such records?

    Answer: _____

5.  Are these records under your care, supervision, directions, custody or control?

    Answer: _____

6.  Are these records made at a time closely related to or simultaneous with the occurrence recorded on these records?

    Answer: _____

7.  Were these records kept as described in the previous questions?

    Answer: _____

71801.001

2015-Jun-25 05:14 PM Republic Services 2102986303

8. Please gather any and all of such records together and deliver same to the officer taking your deposition for inspection and photocopying. (This will be at no expense to you, and the officer will return the original records to you after they have been both inspected and copied.) Have you done as requested? If not, why not?

Answer: _____

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____

71801.001

No. **2014CI15278**

| EDUCATION MANAGEMENT SERVICES, LLC | : | IN THE DISTRICT COURT OF |
| | : | |
| VS. | : | BEXAR COUNTY, TEXAS |
| | : | |
| KEITH YACKEY | : | 285TH JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: **GODADDY.COM, LLC**

Records Pertaining To: Keith Yackey and/or getpof.com

Type of Records:  1.  Any and all documents regarding Keith Yackey; 2.  Any and all documents regarding getpof.com; 3. Any and all communications from Keith Yackey; and 4.  Any and all communications to Keith Yackey.

1.  State your full name, address and occupation.

    Answer: _____

2.  Are you able to identify these records as the originals or true and correct copies of the originals?

    Answer: _____

3.  Were these records made and kept in the regular course of business?

    Answer: _____

4.  In the regular course of business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information from sources who have such personal knowledge to make such records?

    Answer: _____

5.  Are these records under your care, supervision, directions, custody or control?

    Answer: _____

6.  Are these records made at a time closely related to or simultaneous with the occurrence recorded on these records?

    Answer: _____

7.  Were these records kept as described in the previous questions?

    Answer: _____

71801.002

8.   Please gather any and all of such records together and deliver same to the officer taking your deposition for inspection and photocopying. (This will be at no expense to you, and the officer will return the original records to you after they have been both inspected and copied.)  Have you done as requested?  If not, why not?

Answer: _____

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____

71801.002

06/25/2015 18:02 FAX  2102986303        Republic Services SA                    ☑ 001/007

No. 2014CI15278

| EDUCATION MANAGEMENT SERVICES, LLC | : | IN THE DISTRICT COURT OF |
|---|---|---|
| | : | |
| VS. | : | BEXAR COUNTY, TEXAS |
| | : | |
| | : | |
| KEITH YACKEY | : | 285TH JUDICIAL DISTRICT |

## DELIVERY SLIP

Total Pages: _____7_____         Order No: 71800- *001-002*

Pertaining To:   Keith Yackey and/or privatemoneyprocess.com

From:        **Republic Services San Antonio**
             **12108 Radium Street**
             **San Antonio, TX 78216**
             **210-298-6300 Fax 210-298-6303**

Date:        **June 25, 2015**

Deliver To:  **Clint Corrie and Christopher Hodge**
             **Akerman, LLP**
             **2001 Ross Avenue, Ste. 2550**
             **Dallas, TX 75201**
             **214-720-4300  Fax 214-981-9339**

08/25/2015 18:03 FAX  2102988303          Republic Services SA                    ☑ 002/007

No. 2014CI15278

EDUCATION MANAGEMENT SERVICES, LLC        :        IN THE DISTRICT COURT OF
                                          :
                                          :
VS.                                       :        BEXAR COUNTY, TEXAS
                                          :
                                          :
KEITH YACKEY                              :        285TH JUDICIAL DISTRICT

## WAIVER OF NOTICE

Our client, Henry B. Gonzalez, III, has commissioned Republic Services San Antonio to obtain records on Keith Yackey and/or *privatemoneyprocess.com* from the following custodian for use in the above referenced case.

IF COPIES ARE DESIRED, PLEASE INDICATE BELOW BY MARKING Y OR N.  Original records will be held inhouse for 30 days. Copies may not be available after that time.

_____   1   WEB.COM (Any & All Records)
_____   2   GODADDY.COM, LLC (Any & All Records)

I agree that I and/or my firm will be responsible for payment of the copies of records ordered on this waiver. I acknowledge that invoices are due and payable within 30 days of receipt and that actions for collection of services are performable and payable in Bexar County, Texas.

_____   I DO AGREE TO WAIVE THE NOTICE PERIOD.
_____   I DO NOT AGREE TO WAIVE THE NOTICE PERIOD.

Dated: June 25, 2015

                              _____
                              Signed

                              **Clint Corrie and Christopher Hodge**
                              **Akerman, LLP**
                              **2001 Ross Avenue, Ste. 2550**
                              **Dallas, TX 75201**
                              **214-720-4300  Fax 214-981-9339**
                              Attorney for Defendant
                              SBA #

Please Return To: Republic Services San Antonio
                  12108 Radium Street
                  San Antonio, TX 78216
                  210-298-6300 Fax 210-298-6303

NOTE:  RETURN OF THIS FORM IS REQUIRED WITHIN TWENTY (20) DAYS TO PROCESS YOUR REQUEST.  ANY CANCELLATION OF THE ABOVE MUST BE IN WRITING.  IF THE RECORDS HAVE ALREADY BEEN COPIED AND FEES INCURRED, THEN BILLING WILL BE PRORATED ACCORDINGLY.

71800

06/25/2015 18:03 FAX  2102986303          Republic Services SA                            ☑ 003/007

No. 2014CI15278

| EDUCATION MANAGEMENT SERVICES, LLC | : | IN THE DISTRICT COURT OF |
| | : | |
| | : | |
| VS. | : | BEXAR COUNTY, TEXAS |
| | : | |
| | : | |
| KEITH YACKEY | : | 285TH JUDICIAL DISTRICT |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Defendant by and through their attorney(s) of record: **Clint Corrie and Christopher Hodge (Akerman, LLP)**
To other party/parties by and through their attorney(s) of record:

You will please take notice that twenty (20) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

**WEB.COM (Any & All Records)**
**12808 GRAN BAY PARKWAY WEST**
**JACKSONVILLE, FL 32258**

**GODADDY.COM, LLC (Any & All Records)**
**14455 NORTH HAYDEN ROAD, SUITE 219**
**SCOTTSDALE, AZ 85260**

before a Notary Public for Republic Services San Antonio , 12108 Radium Street, San Antonio, TX 78216
     **210-298-6300   Fax 210-298-6303**
or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court. Notice is further given that request is hereby made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

**Keith Yackey and/or privatemoneyprocess.com**

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

Henry B. Gonzalez, III
**Gonzalez, Chiscano, Angulo & Kasson PC**
**613 NW Loop 410, Ste. 800**
**San Antonio, TX 78216**
**210-569-8500   Fax 210-569-8490**
**Attorney for Plaintiff**
**SBA # 00794952**

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated:  June 25, 2015

by _Monica Salvan_

Order No. 71800

08/25/2015 18:03 FAX   2102988303          Republic Services SA                    ☑ 004/007

No. 2014CI15278

| | | |
|---|---|---|
| EDUCATION MANAGEMENT SERVICES, LLC | : | IN THE DISTRICT COURT OF |
| | : | |
| VS. | : | BEXAR COUNTY, TEXAS |
| | : | |
| KEITH YACKEY | : | 285TH JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: WEB.COM

Records Pertaining To: Keith Yackey and/or privatemoneyprocess.com

Type of Records: 1. Any and all documents regarding Keith Yackey; 2. Any and all documents regarding privatemoneyprocess.com; 3. Any and all communications from Keith Yackey; and 4. Any and all communications to Keith Yackey.

1. State your full name, address and occupation.

   Answer: _____

2. Are you able to identify these records as the originals or true and correct copies of the originals?

   Answer: _____

3. Were these records made and kept in the regular course of business?

   Answer: _____

4. In the regular course of business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information from sources who have such personal knowledge to make such records?

   Answer: _____

5. Are these records under your care, supervision, directions, custody or control?

   Answer: _____

6. Are these records made at a time closely related to or simultaneous with the occurrence recorded on these records?

   Answer: _____

7. Were these records kept as described in the previous questions?

   Answer: _____

71800.001

06/25/2015 18:03 FAX  2102988303          Republic Services SA                    ☑ 005/007

8.  Please gather any and all of such records together and deliver same to the officer taking your deposition for inspection and photocopying. (This will be at no expense to you, and the officer will return the original records to you after they have been both inspected and copied ) Have you done as requested? If not, why not?

Answer: _____  _____

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____

71800.001

08/25/2015 18:04 FAX  2102886303          Republic Services SA                    ☑ 006/007

No. 2014CI15278

EDUCATION MANAGEMENT SERVICES, LLC     :     IN THE DISTRICT COURT OF
    :
VS.     :     BEXAR COUNTY, TEXAS
    :
KEITH YACKEY     :     285TH JUDICIAL DISTRICT

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: GODADDY.COM, LLC

Records Pertaining To: Keith Yackey and/or privatemoneyprocess.com

Type of Records: **1. Any and all documents regarding Keith Yackey; 2. Any and all documents regarding privatemoneyprocess.com; 3. Any and all communications from Keith Yackey; and 4. Any and all communications to Keith Yackey.**

1. State your full name, address and occupation.

    Answer: _____

2. Are you able to identify these records as the originals or true and correct copies of the originals?

    Answer: _____

3. Were these records made and kept in the regular course of business?

    Answer: _____

4. In the regular course of business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information from sources who have such personal knowledge to make such records?

    Answer: _____

5. Are these records under your care, supervision, directions, custody or control?

    Answer: _____

6. Are these records made at a time closely related to or simultaneous with the occurrence recorded on these records?

    Answer: _____

7. Were these records kept as described in the previous questions?

    Answer: _____

71800.002

8.  Please gather any and all of such records together and deliver same to the officer taking your deposition for inspection and photocopying. (This will be at no expense to you, and the officer will return the original records to you after they have been both inspected and copied.) Have you done as requested? If not, why not?

Answer: _____ _____ _____

_____

WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first
duly sworn, stated upon his/he oath that the answers to the foregoing questions are true and correct. I further certify that the
records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of_____, 20_____.

_____

NOTARY PUBLIC

My Commission Expires: _____

71800.002

06/23/2015 15:57 FAX  2102986303        Republic Services SA                        ☑001/007

No. 2014CI15278

| EDUCATION MANAGEMENT SERVICES, LLC | : | IN THE DISTRICT COURT OF |
| --- | --- | --- |
| | : | |
| VS. | : | BEXAR COUNTY, TEXAS |
| | : | |
| KEITH YACKEY | : | 285TH JUDICIAL DISTRICT |

## DELIVERY SLIP

Total Pages: _____7_____          Order No: 71781-_ 001-002 _

Pertaining To:   Keith Yackey and/or keithyackey.com

From:       **Republic Services San Antonio**
            **12108 Radium Street**
            **San Antonio, TX 78216**
            **210-298-6300 Fax 210-298-6303**

Date:       **June 23, 2015**

Deliver To:  **Clint Corrie and Christopher Hodge**
            **Akerman, LLP**
            **2001 Ross Avenue, Ste. 2550**
            **Dallas, TX 75201**
            **214-720-4300 Fax 214-981-9339**

No. 2014CI15278

| EDUCATION MANAGEMENT SERVICES, LLC | : | IN THE DISTRICT COURT OF |
|---|---|---|
| | : | |
| VS. | : | BEXAR COUNTY, TEXAS |
| | : | |
| KEITH YACKEY | : | 285TH JUDICIAL DISTRICT |

## WAIVER OF NOTICE

Our client, **Henry B. Gonzalez, III**, has commissioned Republic Services San Antonio to obtain records on **Keith Yackey** and/or **keithyackey.com** from the following custodian for use in the above referenced case,

IF COPIES ARE DESIRED, PLEASE INDICATE BELOW BY MARKING Y OR N.  Original records will be held inhouse for 30 days.  Copies may not be available after that time.

_____  1  **GODADDY.COM, LLC (Any & All Records)**
_____  2  **WEB.COM (Any & All Records)**

I agree that I and/or my firm will be responsible for payment of the copies of records ordered on this waiver.  I acknowledge that invoices are due and payable within 30 days of receipt and that actions for collection of services are performable and payable in Bexar County, Texas.

_____  I DO AGREE TO WAIVE THE NOTICE PERIOD.
_____  I DO NOT AGREE TO WAIVE THE NOTICE PERIOD.

Dated: June 23, 2015

Signed _____

**Clint Corrie and Christopher Hodge**
**Akerman, LLP**
**2001 Ross Avenue, Ste. 2550**
**Dallas, TX 75201**
**214-720-4300  Fax 214-981-9339**
Attorney for Defendant
SBA #

Please Return To: Republic Services San Antonio
**12108 Radium Street**
**San Antonio, TX 78216**
**210-298-6300  Fax 210-298-6303**

NOTE:  RETURN OF THIS FORM IS REQUIRED WITHIN TWENTY (20) DAYS TO PROCESS YOUR REQUEST.  ANY CANCELLATION OF THE ABOVE MUST BE IN WRITING.  IF THE RECORDS HAVE ALREADY BEEN COPIED AND FEES INCURRED, THEN BILLING WILL BE PRORATED ACCORDINGLY.

71781

No. 2014CI15278

| EDUCATION MANAGEMENT SERVICES, LLC | : | IN THE DISTRICT COURT OF |
|---|---|---|
| | : | |
| VS. | : | BEXAR COUNTY, TEXAS |
| | : | |
| KEITH YACKEY | : | 285TH JUDICIAL DISTRICT |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Defendant by and through their attorney(s) of record: **Clint Corrie and Christopher Hodge (Akerman, LLP)**
To other party/parties by and through their attorney(s) of record:

You will please take notice that twenty (20) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

**GODADDY.COM, LLC (Any & All Records)**
**14455 NORTH HAYDEN ROAD, SUITE 219**
**SCOTTSDALE, AZ 85260**

**WEB.COM (Any & All Records)**
**12808 GRAN BAY PARKWAY WEST**
**JACKSONVILLE, FL 32258**

before a Notary Public for Republic Services San Antonio , 12108 Radium Street, San Antonio, TX 78216
              **210-298-6300   Fax 210-298-6303**
or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court. Notice is further given that request is hereby made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

**Keith Yackey and/or keithyackey.com**

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

*Henry B. Gonzalez III/mg*
Henry B. Gonzalez, III
**Gonzalez, Chiscano, Angulo & Kasson PC**
613 NW Loop 410, Ste. 800
San Antonio, TX 78216
210-569-8500   Fax 210-569-8490
Attorney for Plaintiff
SBA # 00794952

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated: June 23, 2015                              by *Monica Galvan*

Order No. 71781

No. 2014CI15278

| | | |
|---|---|---|
| EDUCATION MANAGEMENT SERVICES, LLC | : | IN THE DISTRICT COURT OF |
| | : | |
| VS. | : | BEXAR COUNTY, TEXAS |
| | : | |
| KEITH YACKEY | : | 285TH JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: **GODADDY.COM, LLC**

Records Pertaining To: **Keith Yackey and/or keithyackey.com**

Type of Records: **1) Any and all documents regarding Keith Yackey; 2) Any and all documents regarding keithyackey.com; 3) Any and all communications from Keith Yackey; and 4) Any and all communications to Keith Yackey.**

1. State your full name, address and occupation.

   Answer: _____

2. Are you able to identify these records as the originals or true and correct copies of the originals?

   Answer: _____

3. Were these records made and kept in the regular course of business?

   Answer: _____

4. In the regular course of business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information from sources who have such personal knowledge to make such records?

   Answer: _____

5. Are these records under your care, supervision, directions, custody or control?

   Answer: _____

6. Are these records made at a time closely related to or simultaneous with the occurrence recorded on these records?

   Answer: _____

7. Were these records kept as described in the previous questions?

   Answer: _____

71781.001

8.  Please gather any and all of such records together and deliver same to the officer taking your deposition for inspection and photocopying. (This will be at no expense to you, and the officer will return the original records to you after they have been both inspected and copied.) Have you done as requested? If not, why not?

Answer: _____ _____

_____

WITNESS (Custodian of Records)

    Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first
duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the
records attached hereto are exact duplicates of the original records.

    SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.

_____

NOTARY PUBLIC

My Commission Expires: _____

**71781.001**

06/23/2015 15:58 FAX  2102988303        Republic Services SA                    ☑006/007

No. 2014CI15278

| | | |
|---|---|---|
| **EDUCATION MANAGEMENT SERVICES, LLC** | : | **IN THE DISTRICT COURT OF** |
| | : | |
| **VS.** | : | **BEXAR COUNTY, TEXAS** |
| | : | |
| **KEITH YACKEY** | : | **285TH JUDICIAL DISTRICT** |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: **WEB.COM**

Records Pertaining To: **Keith Yackey and/or keithyackey.com**

Type of Records:  1)  **Any and all documents regarding Keith Yackey;** 2)  **Any and all documents regarding keithyackey.com;** 3)  **Any and all communications from Keith Yackey; and** 4)  **Any and all communications to Keith Yackey.**

1.  State your full name, address and occupation.

    Answer: _____

2.  Are you able to identify these records as the originals or true and correct copies of the originals?

    Answer: _____

3.  Were these records made and kept in the regular course of business?

    Answer: _____

4.  In the regular course of business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information from sources who have such personal knowledge to make such records?

    Answer: _____

5.  Are these records under your care, supervision, directions, custody or control?

    Answer: _____

6.  Are these records made at a time closely related to or simultaneous with the occurrence recorded on these records?

    Answer: _____

7.  Were these records kept as described in the previous questions?

    Answer: _____

71781.002

8.   Please gather any and all of such records together and deliver same to the officer taking your deposition for inspection and photocopying. (This will be at no expense to you, and the officer will return the original records to you after they have been both inspected and copied.)  Have you done as requested?  If not, why not?

Answer: _____ _____ _____

_____
WITNESS (Custodian of Records)

   Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

   SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____

71781.002

# EXHIBIT A-5

FILED
7/30/2015 10:49:08 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Edgar Garcia

Cause No. <u>2014CI15278</u>

| | | |
|---|---|---|
| EDUCATION MANAGEMENT | § | IN THE DISTRICT COURT |
| SERVICES, LLC | § | |
| | § | |
| v. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| KEITH YACKEY | § | BEXAR COUNTY, TEXAS |

## <u>PLAINTIFF'S SECOND SUPPLEMENTAL ORIGINAL PETITION</u>

Comes now Plaintiff, **EDUCATION MANAGEMENT SERVICES, LLC,** complaining of and about **KEITH YACKEY,** hereinafter referred to as Defendant, and respectively files this its Plaintiff's Second Supplemental Original Petition and would respectively show to the Court as follows:

### I.

### <u>RULE 47 STATEMENT OF RELIEF SOUGHT</u>

Pursuant to Defendant's request and Rule 47(c)(2) of the Texas Rules of Civil Procedure, Plaintiff provides notice that it seeks "monetary relief of $100,000 or less and non-monetary relief[.]"

### <u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that the Defendant be cited to appear and answer herein and after final trial hereof, that Plaintiff have judgment against Defendant and

And other relief, in law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

ANDREW MOON
NATHAN CORBETT
2935 Thousand Oaks Drive, #6-285
San Antonio, TX 78247
210/568-4493 – fax
andym@teamarmando.com
nathanc@teamarmando.com

&

**GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.**
613 N.W. Loop 410, Suite 800
San Antonio, Texas 78216
Telephone No. 210/569-8500
Telecopier No. 210/569-8490

By: _Henry B. Gonzalez III w/permission_

HENRY B. GONZALEZ III
State Bar No. 00794952
Email: hbg@gcaklaw.com

ATTORNEYS FOR PLAINTIFF

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on this the ³⁰th day of July, 2015, a true and correct copy of the foregoing was forwarded by facsimile; and/or regular mail; and/or certified mail, return receipt requested; and/or e-mail transmission; and/or electronic filing service to the following:

CLINT A. CORRIE
clint.corrie@akerman.com
CHRIS HODGE
chris.hodge@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Facsimile 214/981.9339

Scott M. Noel
Plunkett & Griesenbeck, Inc.
Catholic Life Building
1634 N.E. Loop 410, Suite 900
San Antonio, Texas 78209
210/734-7092
Facsimile 210/734-0379

ANDREW MOON
NATHAN CORBETT
2935 Thousand Oaks Drive, #6-285
San Antonio, TX 78247
210/568-4493 – fax
andym@teamarmando.com
nathanc@teamarmando.com

_Henry B. Gonzalez III w/ permission_
HENRY B. GONZALEZ III